IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| SARINA ERVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04 D 1943 |
| | ) | |
| RAYMOND ERVIN, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
JUL 15 2020
Erin Cartwright Weinstein
CIRCUIT CLERK

## ORDER

This matter coming on to be heard for status of body attachment orders issued against Raymond Ervin and Gwendolyn Barlow, hearing on the citation to discover assets served on Gwendolyn Barlow and hearing on the Petition for Rule to Show Cause filed against Debra Zeit, counsel for Sarina Ervin appearing on her behalf, Gwendolyn Barlow appearing telephonically by Zoom, counsel for Debra Zeit appearing on her behalf, the Court being fully advised;

**IT IS HEREBY ORDERED:**

1. Debra Zeit shall turn over copies of all checks and other documents responsive to the subpoena served upon her within 21 days. She shall be permitted to redact any of her personally identifying information, but not the account numbers or names of any of the payors, nor the dates, or amounts of the checks. Ms. Barlow's oral objections to the Debra Zeit's compliance with the subpoena are overruled.

2. Sarina is granted 7 days to respond to the Motion to Quash Citation filed on February 26, 2020 and that motion is set for hearing on July 22, 2020 at 9:00 a.m.

3. Sarina's Petition for Rule to Show Cause against Debra Zeit is entered and continued to August 19, 2020 at 9:00 a.m. for hearing.

4. The body attachment orders issued against Raymond Ervin and Gwendolyn Barlow are extended until July 22, 2020.

**ENTERED:**

_____ 7/15/20
Judge Johnson          No. _____

BEERMANN LLP
Attorneys for Petitioner Sarina Ervin
161 North Clark St., Ste. 3000
Chicago, Illinois 60601
(312) 621-9700
jsteele@beermannlaw.com
Atty. No 6308171