IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERVIN, )
)
    Plaintiff, )
)
    vs. )    Case No. 04 D 1943
)
RAYMOND ERVIN, )
)
    Defendant. )

F I L E D

JUL 2 2 2020

Erin Cartwright Weinstein
CIRCUIT CLERK

## ORDER

This matter coming on to be heard for upon the Third-Party Motion to Quash Citation and Motion to Continue Hearing on Respondent's Motion to Quash, filed by citation respondent, Gwendolyn Barlow as well as, counsel for Sarina Ervin appearing on her behalf, Gwendolyn Barlow appearing telephonically by Zoom, the Court having reviewed motions filed by Ms. Barlow, the response to her Third-Party Motion to Quash filed by Sarina Ervin as well as having reviewed the record in this matter, having considered the arguments of counsel, and being fully advised;

**IT IS HEREBY ORDERED:**

1.     For the reasons stated on the record, Ms. Barlow's Motion to Continue Hearing on Respondent's Motion to Quash is denied, with the exception that Sarina's affirmative request for Rule 137 sanctions against Ms. Barlow is continued to July 29, 2020 at 9:00 a.m. for the court to review Sarina's counsel's affidavit of fees incurred in defense of Ms. Barlow's Motion to Quash.

2.     For the reasons stated on the record, Ms. Barlow's Third-Party Motion to Quash Citation is denied.

3.     The Court hereby grants Sarina's request for the issuance of Rule 137 Sanctions against Ms. Barlow. Sarina's counsel shall file an affidavit attesting to the fees incurred in defense of Ms. Barlow's Motion to Quash prior to the next court date of July 29, 2020, at which time the Court will determine the amount of Ms. Barlow's sanction. C306 @ 9

4.     The body attachment orders issued against Raymond Ervin and Gwendolyn Barlow are extended until July 29, 2020.

ENTERED:

_____  7/22/20
Judge Johnson        No.

BEERMANN LLP
Attorneys for Petitioner Sarina Ervin
161 North Clark St., Ste. 3000
Chicago, Illinois 60601
(312) 621-9700
jsteele@beermannlaw.com
Atty. No 6308171