IN RE: THE MARRIAGE OF

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERVINS

vs.

RAYMOND ERVINS

Case No. 04 D 1943

**FILED**
APR 0 4 2017
[Circuit Clerk stamp]

### ORDER

This cause coming on to be heard upon date for hearing; Respondent filing a Motion to Extend Time, Petitioner seeking leave to file Response late, counsel, Mr. Oliver filing an Appearance and Motion on behalf of Monarch Life Insurance Company and counsel for the parties and counsel for Monarch Life and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:
1) The stay preventing the turnover of funds from Third Parties, Penn Mutual, Monarch Life, and Lincoln Benefit remains in full force and effect.
2) The lien on funds held by Third Parties remains in effect.
3) Petitioner is given leave to file her Response as of 3/30/17, timely.
4) Respondent is given until 4/7/17 to file his Reply.
5) Both parties are given 7 days to respond to Monarch's Motion.
6) Hearing is set on 4/12/17 at 2:00 PM in C-307 on Respondent's Motion to Reconsider and Vacate and Monarch's Motion.

ENTER:

_____
JUDGE

Dated this 4th day of APRIL, 2017.

Prepared by:
Attorney's Name: R. BOLDT
Address: 209 F. PARK ST
City: MUNDELEIN   State: IL
Phone: 566-3410   Zip Code: 60060
Fax: (847) 566-3413
ARDC: 03124055

171-94 (Rev. 10/11)
SR 0091