IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

FILED
SEP 03 2019

SARINA ERVIN )
)
vs. )  Case No. 04D1943
)
RAYMOND ERVIN )
)

ORDER

This matter coming on to be heard for return of a third party citation to discover assets served upon the Social Security Administration, counsel for Sarina appearing on her behalf, Raymond Ervin failing to appear despite due notice, Gwendy Butler failing to appear, & the Social Security Administration not having yet filed an answer to the citation served upon it, the court being fully advised,

IT IS HEREBY ORDERED:

1.) The ~~case~~ third party citation to discover assets served upon the Social Security Administration is continued to October 22, 2019 at 9:00 A.M. in C-306.

ENTER:

_____
JUDGE

Dated this 3RD day of September, 2019.

Prepared by:
Attorney's Name: Jonathan D. Steele
Address: 161 N. Clark, #2000
City: Chicago    State: IL
Phone: 312-728-2198    Zip Code: 60601
Fax: 312-621-0909
ARDC: 6308171

171-94 (Rev. 10/11)