**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT**
**LAKE COUNTY, ILLINOIS**

SARINA ERVIN

FILED
JUN 27 2018

vs.

Case No. 09D1943

RAYMOND ERVIN

Erin Cartwright Weinstein
CIRCUIT CLERK

**ORDER**

This Matter coming on to be heard upon Citation Respondents Motion to Reconsider the denial of her Motion for Substitution of Judge as of Right, Counsel for Sarina appearing on her behalf along w/Gwendolyn Barlow appearing in Court and through Counsel Raymond Bost, the Court considering arguments of counsel and being fully advised;

__IT IS HEREBY ORDERED:__

1.) For the Reasons Stated in open court, Gwendolyn Barlow's Motion to Reconsider is denied, and as part of record by Court Reporter.

2.) Sarina Ervin is granted 28 days to respond to the Motion to Quash citation and Motion to ~~Quash service of Rule to~~ ~~show cause~~ and Ms. Barlow is granted 14 days ~~twenty~~ to file any reply ~~to the~~

3.) This Matter is set for hearing on Ms. Barlow's Motion to Quash on ~~August 16~~ 2018 at 1:30 p.m. along with return on a Rule it being continued [w]/leave with it.

**ENTER:**

_____
**JUDGE**

Dated this _27_ day of _June_, 20_18_

Prepared by:
Attorney's Name: Jonathan D. Steele
Address: 161 N Clark, #3000
City: Chicago    State: IL
Phone: 312 621-9700   Zip Code: 60601
Fax: 312 621 0909
ARDC: 6308871

* 4) The Motion to Quash Service of Rule by Gwen Barlow is rendered moot;
5) The Court denied Gwendolyn Barlow's request for SCR 304 language is denied RULE

171-94 (Rev. 10/11)

* as MS Barlow has been served w/al as ~~Guardian~~, in open court.