IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SABINA ERVIN

vs.

RAYMOND ERVIN

Case No. 04D 1945

FILED APR 1 2 2017
Erin Cartwright Weinstein
CIRCUIT CLERK

### ORDER

This Matter coming on to be heard upon Raymond's Motion to Reconsider, Vacate, or Rehear and Motion to Quash Citations, counsel for all parties present, the court considering arguments of counsel and being fully advised;

IT IS HEREBY ORDERED:

1.) Raymond's Motion to Reconsider, Vacate or Rehear and Motion to Quash Citations is Denied.

2.) The stay of the turnover orders entered against Penn Mutual Life Insurance Co. & Lincoln Financial Group is lifted.

3.) The turnover order entered on March 15, 2017 shall be complied with by Penn Mutual Life Insurance Co. & Lincoln Financial Group. Funds shall be tendered to Sabina's counsel, Beermann Pritikin Mirabelli Swerdlove LLP and shall be held by counsel pending notice to the Department of Healthcare & Family Services* to the extent they intend to assert a claim to any of those proceeds for benefits paid to Sabina.

*And the States Attorney's Office - Child Support Division the county

ENTER:

_____
JUDGE

Dated this 12th day of April, 2017.

Prepared by:
Attorney's Name: Jonathan D. Skell
Address: 161 N. Clark #2600
City: Chicago  State: IL
Phone: 312 621 9700  Zip Code: 60601
Fax: 312 621 0909
ARDC: 6308161

171-94 (Rev. 10/11)

SR 0128

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SAKINA ERVIN

vs.

RAYMOND ERVIN

Case No. 04D1945

ORDER

4.) To the extent the Department of Healthcare & Family Services asserts a claim for services paid to Sarina, such a claim shall be filed w/in 30 days.

5.) This matter is continued to May 19, 2017 at 2:00 P.M. to adjudicate any claims to be filed by the Department of Healthcare & Family Services as to funds paid to Sarina.

6.) Funds held by Beerman shall be held until May 19, 2017.

7) Lake County State's Attorney Child Support Division shall have a representative present on May 19, 2017 at 2:00 pm.

ENTER:

_____
JUDGE

Dated this 12th day of APRIL, 2017.

Prepared by:
Attorney's Name: Jonathan D. Steele
Address: 161 N. Clark 2600
City: Chicago  State: IL
Phone: 312 621 9700  Zip Code: 60601
Fax: 312 621 0909
ARDC: 6302816

171-94 (Rev. 10/11)

SR 0129