IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERWIN
vs.
RAYMOND ERWIN

04 D 1945

FILED JUN 0 2 2017
Erin Cartwright Weinstein
CIRCUIT CLERK

## ORDER

This Matter coming on to be heard upon Raymond's Motion to Reconsider Vacate and Rehear filed on May 12, 2017, and Presentation of Sarina's Motion for sanctions, counsel for all parties present, the Court having considered arguments of counsel and being fully advised; For the reasons stated in open court as transcribed;

IT IS HEREBY ORDERED:

1.) Sarina's Motion for Sanctions is withdrawn on Sarina's request.

2.) Raymond's Motion to Reconsider Vacate and Rehear filed on May 12, 2017 is denied.

3.) The Funds previously turned over to Sarina's counsel may be disbursed to Sarina and/or her counsel without delay.

(by orders dated March 15, 2017)

ENTER:
_____
JUDGE

Dated this 2ND day of June, 2017.

Prepared by:
Attorney's Name: Jonathan D. Steele
Address: 161 W. Clark, #2600
City: Chicago  State: IL
Phone: 312 621 9700   Zip Code: 60601
Fax: 312 621 0909
ARDC: 630 8171

171-94 (Rev. 10/11)