IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERVIN )
)
vs. ) Case No. 04 D 1943
)
RAYMOND ERVIN )

**FILED OCT 10 2018**
Erin Cartwright Weinstein
CIRCUIT CLERK

**ORDER**

This cause coming on to be heard upon Reassignment Order and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1) Hearing on the Motion to Quash Citation to Discover Assets and Response is set for hearing on 10/31/18 at 1:30 PM in C-306;

2) If Motion to Quash is denied, the hearing on the Third Party Citation to Discover Assets shall proceed with Gwendolyn Bolton.

3) Petitioner has supplied the Court with courtesy copies and Third Party Respondent shall supply courtesy copies by 10/19/18 *

ENTER:

_____
JUDGE

Dated this 10th day of OCTOBER, 2018.

Prepared by:
Attorney's Name: R. SCHAT
Address: 284 E. PARK ST
City: MUNDELEIN  State: IL
Phone: (847) 566-3410  Zip Code: 60060
Fax: (847) 566-3413
ARDC: 3124015

4) Third Party is given 14 days to Respond to File for Extensions and Hearing on Motion for Structured and Response is set for Hearing on 10/31/18 at 1:30 PM in C-306

171-94 (Rev. 10/11)