## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

Sarina Ervin
    Plaintiff(s)

vs.

Raymond N. Ervin
    Defendant(s)
    and

Lincoln Benefit Life Company
    Third Party Respondent

Gen No: 04 D 1943

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

TO: Lincoln Benefit Life Company, c/o Legal Department, 1275 Sandusky Road, Jacksonville, IL 62650 (Fax: 866-526-5433)
(Name and Address of Respondent)

YOU ARE REQUIRED to appear and/or file your answer to this Citation on the form enclosed herewith (or other appropriate answer) on March 15, 2017 at 1:30 ☐ AM ☒ PM in Courtroom C-307 of the Circuit Court of Lake County, 18 N. County Street, Waukegan, Illinois, 60085.

A Judgment against Raymond N. Ervin _____ (judgment debtor) was entered on August 3, 2000, and $ 720,036.53 remains unsatisfied.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due the judgment debtor until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due. If requested, you must produce documents and/or records containing information concerning the property or income of the Judgment Debtor.

WARNING: IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.
NOTE: Your written answer is sufficient for your appearance unless you received a further order to personally appear in court.

### CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

Judgment Amount $ 5,418 (CA) per month    Balance Due $ 720,036.53
Date of Judgment/Revival August 3, 2000 Registered on June 2, 2009
Name of Court Entering Judgment California Supreme Court, Registered in LA County
Case No. 57492/48/04 D 1943

The undersigned certifies, under penalties provided by law pursuant to 735 ILCS 5/1-109, that the information contained herein is true and correct.

Prepared by:
Attorney's Name: Beermann Pritikin Mirabelli Swerdlove LLP
Address: 161 N. Clark Street, Suite 2600
City: Chicago    State: IL
Phone: 312-621-9700    Zip Code: 60601
Fax: 312-621-0909
ARDC: 6320477
E-mail address: kcooper@beermannlaw.com

WITNESS: FEB 10 2017

_Erin Cartwright Weinste_
Clerk of Court

NOTE: A copy of this Citation and Notice must be mailed to the Defendant within 3 days of service, and a Certificate of Mailing must be signed and filed with the clerk.

171-131 Rev. 10/13


"EXHIBIT A"

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Serina Ervin
_____
           Plaintiff(s)
       vs.                                         Gen No: 04 D 1943
Raymond N. Ervin
_____
           Defendant(s)
              and
Penn Mutual Life Insurance Company
_____
       Third Party Respondent

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

TO: Penn Mutual Life Insurance Company, c/o Legal Department, 600 Dresher Road, Horsham, PA 19055 (Fax: 215-956-7699)
(Name and Address of Respondent)

YOU ARE REQUIRED to appear and/or file your answer to this Citation on the form enclosed herewith (or other appropriate answer) on August 31, March 15, 20 17 at 1:30 ☐ AM ☒ PM in Courtroom C-307 of the Circuit Court of Lake County, 18 N. County Street, Waukegan, Illinois, 60085.

A judgment against Raymond N. Ervin _____ (Judgment debtor) was entered on August 31, 2017 / 2000, and $ 720,036.53 remains unsatisfied.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due the judgment debtor until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due. If requested, you must produce documents and/or records containing information concerning the property or income of the Judgment Debtor.

WARNING: IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.
NOTE: Your written answer is sufficient for your appearance unless you received a further order to personally appear in court.

### CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

Judgment Amount $ 5,418 (CA) per Month         Balance Due $ 720,036.53
Date of Judgment/Revival August 31, 2000 Registered on June 21, 2007
Name of Court Entering Judgment Canada, Ontario Supreme Court, Registered in Lake Cou
Case No. 57492/98 / 04 D 1943

The undersigned certifies, under penalties provided by law pursuant to 735 ILCS 5/1-109, that the information contained herein is true and correct.

Prepared by:
Attorney's Name: Beermann Pritikin Mirabelli Swerdlove LLP      WITNESS: FEB 10 2017
Address: 161 N. Clark Street, Suite 2600
City: Chicago              State: IL                 Erin Cartwright Weinstein
Phone: 312-621-9700        Zip Code: 60601
Fax: 312-621-0909                                           Clerk of Court
ARDC: 6320477
E-mail address: kcooper@beermannlaw.com

NOTE: A copy of this Citation and Notice must be mailed to the Defendant within 3 days of service, and a Certificate of Mailing must be signed and filed with the clerk.

171-131 Rev. 10/13

"EXHIBIT B"

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

Sarina Ervin
 Plaintiff(s)
vs.

Raymond N. Ervin
 Defendant(s)
and

Monarch Life Insurance Company
 Third Party Respondent

Gen No: 04 D 1943

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

TO: Monarch Life Insurance Company, c/o Legal Department - John Kolton, 330 Whitney Avenue, Holyoke, MA 014040 (certified mail)
(Name and Address of Respondent)

YOU ARE REQUIRED to appear and/or file your answer to this Citation on the form enclosed herewith (or other appropriate answer) on March 15, 20 17 at 1:30 ☐ AM ☑ PM in Courtroom C-307 of the Circuit Court of Lake County, 18 N. County Street, Waukegan, Illinois, 60085.

A judgment against Raymond N. Ervin _____ (judgment debtor) was entered on August 31, 2000, and $ 720,036.53 remains unsatisfied.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due the judgment debtor until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the balance due. If requested, you must produce documents and/or records containing information concerning the property or income of the Judgment Debtor.

WARNING: IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.
NOTE: Your written answer is sufficient for your appearance unless you received a further order to personally appear in court.

### CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

Judgment Amount $ 548(CA) per month   Balance Due $ 720,036.53 (USD)
Date of Judgment/Revival August 31, 2000, Registered on June 3, 2007
Name of Court Entering Judgment Canada, Ontario Supreme Court, Registered Lake County
Case No. 57492/98 / 04D1943

The undersigned certifies, under penalties provided by law pursuant to 735 ILCS 5/1-109, that the information contained herein is true and correct.

FEB 10 2017

Prepared by:
Attorney's Name: Beermann Pritikin Mirabelli Swerlove LLP
Address: 161 N. Clark Street, Suite 2600
City: Chicago   State: IL
Phone: 312-621-9700   Zip Code: 60601
Fax: 312-621-0909
ARDC: 6320477
Email address: kcooper@beermannlaw.com

Witness: _Erin Cartwright Weinstein_
Clerk of Court

NOTE: A copy of this Citation and Notice must be mailed to the Defendant within 3 days of service, and a Certificate of Mailing must be signed and filed with the clerk.

171-131 Rev. 10/13

"EXHIBIT C"