IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Sarina Ervin )
 )
vs. ) Case No. 04 D 1943
 )
Raymond Ervin )

**FILED FEB 10 2017**

### ORDER

This matter coming to be heard on Judgment Creditor, Sarina Ervin's, Motion for Leave to Amend All Citations to Discover Assets, counsel for both parties present. It is hereby ordered that:

1) Judgment Creditor's motion for leave to Amend is denied

2) Judgment Creditor is granted leave to file a second round of Citations to Discover Assets to Judgment Debtor.

ENTER:

_____
JUDGE

Dated this 10 day of February, 2017

Prepared by:
Attorney's Name: Kyle Cooper
Address: 161 N. Clark Street, Suite 2600
City: Chicago  State: IL
Phone: 312-621-9700  Zip Code: 60601
Fax: _____
ARDC: 6320477

171-94 (Rev. 10/11)

E2