IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERVIN

vs.  Case No. 04 D 1943

Raymond N. Ervin

FILED FEB 10 2017
Erin Cartwright Weinstein
CIRCUIT CLERK

## ORDER

This matter coming before this Court to quash citations to discover assets served on October 28, 2016 against assets of Raymond N. Ervin, and the Court having heard the arguments of counsel, and having considered their written arguments,

It is ordered:

That all citations issued on October 28, 2016 on the assets of Raymond N. Ervin are quashed and no further interests covered by the citations are held as of October 28, 2016.

ENTER:

_____
JUDGE

Dated this 10th day of February, 2017.

Prepared by:
Attorney's Name: James Wolf
Address: 33 N. Dearborn
City: Chgo   State: Ill.
Phone: (312) 739-0300   Zip Code: 60602
Fax: 312 739-0339
ARDC: 3057798

171-94 (Rev. 10/11)

E1