IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| SARINA ERVIN | ) | |
| | ) | |
| VS. | ) | Case No. 04 D 1943 |
| | ) | |
| RAYMOND N. ERVIN | ) | |

ORDER

This matter coming before this Court to quash Citations to Discover assets issued on October 28, 2016 against assets of Raymond N. Ervin, and the Court having heard the arguments of counsel and having considered their written arguments.

It is ordered:

That all Citations issued on October 28, 2016 on the assets of Raymond N. Ervin are quashed and any funds covered by the Citations entered on October 28, 2016, are released.

ENTER:

Signed by Judge
JUDGE

Dated this 10th day of February 2017
Prepared by:
Attorney's Name: James Wolf
Address: 33 N. Dearborn
City: Chicago        State: IL
Phone: (312) 739-0300        Zip Code: 60602
Fax: (312) 739-0399
ARDC: 3057798