ORDER TO TURN OVER FUNDS

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT COURT
## LAKE COUNTY, ILLINOIS

SARINA ERVIN )
Plaintiff )
)
v. ) NO. 04D1943
RAYMOND ERVIN Defendant )
) FILED
)
PENN Mutual Life Insurance Co. Respondent )
MAR 15 2017

Erin Cartwright Weinstein
CIRCUIT CLERK

**TURN OVER ORDER**

This cause coming on to be heard before the Honorable Judge _____ Presiding _____ on plaintiff's motion for a Turn Over; the Court being advised in the premises and having jurisdiction;

**IT IS HEREBY ORDERED:**

1. That the Citation respondent is ordered to turn over funds of the defendant that it is currently holding pursuant to a served Citation in the amount of $ 14,154.02.

2. That said funds shall be turned over to the plaintiff through its attorneys to satisfy in part the judgment entered herein.

3. That a judgment in the sum of $ 14,154.02 is hereby entered against PENN Mutual Life Insurance Co. (Respondent or Bank) and in favor of RAYMOND ERVIN (Defendant) f/u/o SARINA ERVIN (Plaintiff).

4. That any and all funds in excess of the amount indicated in this order are to be returned to the account holder, that the freeze on said account is lifted, and the Citation is dismissed.

Atty No. 30095
Name BEERMANN LAW
Attorney for SARINA ERVIN
Address 161 N. Clark, #2600
City Chicago, IL 60601

3-15-17 (year)

ENTER:

Daniel L. Jasica
JUDGE

ERIN CARTWRIGHT WEINSTEIN, CLERK OF THE CIRCUIT COURT, LAKE COUNTY, ILLINOIS

171-153 12/16

Exhibit 'A'

E5

ORDER TO TURN OVER FUNDS

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT COURT
LAKE COUNTY, ILLINOIS

SERINA ERWIN )
Plaintiff )
)
RAYMOND ERWIN Defendant )  NO. 04D1943
)
)
Monarch Life Insurance Co. Respondent )

FILED
MAR 15 2017

**TURN OVER ORDER**

This cause coming on to be heard before the Honorable Judge _____ Presiding
on plaintiff's motion for a Turn Over; the Court being advised in the premises and having jurisdiction;

**IT IS HEREBY ORDERED:**

1. That the Citation respondent is ordered to turn over funds of the defendant that it is currently holding pursuant to a served Citation in the amount of $ 19,726.91

2. That said funds shall be turned over to the plaintiff through its attorneys to satisfy in part the judgment entered herein.

3. That a judgment in the sum of $ 19,726.91 is hereby entered against Monarch Life Insurance Co. (Respondent or Bank) and in favor of Raymond Erwin (Defendant) f/u/o Serina Erwin (Plaintiff)

4. That any and all funds in excess of the amount indicated in this order are to be returned to the account holder, that the freeze on said account is lifted, and the Citation is dismissed.

Atty No. 80085
Name Beerman Law
Attorney for Serina Erwin          ENTER:
Address 161 N. Clark #2600
City Chicago, IL 60601             3-15-17 (year)

                                    Daniel L. Jasica
                                    JUDGE

ERIN CARTWRIGHT WEINSTEIN, CLERK OF THE CIRCUIT COURT, LAKE COUNTY, ILLINOIS

171-153  12/16

Exhibit 'B'

ORDER TO TURN OVER FUNDS

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT COURT
LAKE COUNTY, ILLINOIS

SARINA ERVIN )
                    Plaintiff )
                                 )
     v.                          ) NO. 04D1945
RAYMOND ERVIN                    )
                    Defendant )
                                 )  FILED
LINCOLN Financial Group          )
                    Respondent )  MAR 1 5 2017

## TURN OVER ORDER

This cause coming on to be heard before the Honorable Judge _____ Presiding _____
on plaintiff's motion for a Turn Over; the Court being advised in the premises and having jurisdiction;

**IT IS HEREBY ORDERED:**

1. That the Citation respondent is ordered to turn over funds of the defendant that it is currently holding pursuant to a served Citation in the amount of $ **93,906.31**.

2. That said funds shall be turned over to the plaintiff through its attorneys to satisfy in part the judgment entered herein.

3. That a judgment in the sum of $ **93,906.31** is hereby entered against **Lincoln Financial Group** (Respondent or Bank) and in favor of **RAYMOND ERVIN** (Defendant) f/u/o **Sarina Ervin** (Plaintiff)

4. That any and all funds in excess of the amount indicated in this order are to be returned to the account holder, that the freeze on said account is lifted, and the Citation is dismissed.

Atty No. **80095**                           **3-15-17**
Name **BEERMANN LAW**                                    (year)
Attorney for **Sarina Ervin**     ENTER:
Address **161 N. Clark, #2600**              Daniel L. Jasica
City **Chicago, IL 60601**        JUDGE

ERIN CARTWRIGHT WEINSTEIN, CLERK OF THE CIRCUIT COURT, LAKE COUNTY, ILLINOIS

171-153  12/16

Exhibit C

E7