STATE OF ILLINOIS      )
                       ) SS
COUNTY OF LAKE         )

IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

IN RE: THE MARRIAGE OF: )
SARINA ERVIN, )
          Petitioner, )
vs. ) No. **04 D 1943**
**RAYMOND N. ERVIN**, )
          Respondent, )
   and )
**GWENDOLYN M. BARLOW** )
          Third Party Respondent. )

## CONFORMED ORDER

**THIS MATTER** coming on to be heard upon Citation Respondent's Motion to Reconsider the denial of her Motion for Substitution of Judge as of Right, counsel for Sarina Ervin appearing on her behalf along with Gwendolyn Barlow appearing in Court and through her counsel Raymond Boldt, the Court considering arguments of counsel and being fully advised;

IT IS HEREBY ORDERERED:

1. For reasons stated in open Court, Gwendolyn Barlow's Motion to Reconsider is denied, and as part of record by the Court Reporter;

2. Sarina Ervin is granted 28 days to Respond to the Motion to Quash Citation. Ms. Barlow is granted 14 days in which to file any Reply;

3. This matter is set for hearing on Ms. Barlow's Motion to Quash on August 16, 2018 at 1:30 p.m. along with hearing on the Rule and a new contemporaneous issued Rule;

4. The Motion to Quash Service of Rule by Gwen Barlow is rendered moot, as Ms. Barlow was served with an alias Rule in open Court;

5. The Court denied Gwendolyn Barlow's request for SCR 304 language is denied.

/s/Daniel Jasica
JUDGE

Prepared by:
Jonathan D. Steele
161 N. Clark Street #3000
Chicago, IL 60601
Phone: 312-621-9700
Fax: 312-621-0909
ARDC: 6308171

Raymond A. Boldt
209 E. Park Street
Mundelein, IL 60060
Phone: 847-566-3410
Fax: 847-566-3413
ARDC: 03124053