**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS**

In Re: The Marriage of:

SALINA ERVIN

vs.                                        Case No. 04 D 1943

RAYMOND N. ERVIN and Carfaryut Weinsten

AND

GWENDOLYN M. BARLOW

**ORDER**

FILED MAR 06 2019 Carfaryut Weinsten CIRCUIT CLERK

This cause coming to be heard upon continued Citation to Discover Assets hearing date and Raymond A. Boldt filing a Motion to Withdraw as Gwendolyn M. Barlow's counsel, there being proper proof of Motion and Notice of Motion and Third Party Respondent filing a Motion to Continue Hearing, Notice of Motion and Notice of Filing as of 3/6/19 and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1) The Motion to Continue is stricken due to improper notice.

2) The Motion to Withdraw is granted and Raymond A. Boldt is given leave to withdraw as attorney for Gwendolyn M. Barlow instanter and said Third Party Respondent is given 21 days to retain counsel or file a Pro Se Appearance on or before 3/27/19.

3) This cause is set for Status of Attorney or Pro Se Appearance on 4/2/19 at 1:30 PM in C-306. Raymond A. Boldt shall send a copy of this order in compliance with SCR 13(c)(4) and file proof of service of same.

Dated this 6th day of MARCH, 2019.

ENTER:
_____
JUDGE

Prepared by:
Attorney's Name: R. BOLDT
Address: 289 E. PARK ST
City: MUNDELEIN  State: IL
Phone: (847) 566-3410  Zip Code: 60060
Fax: (847) 566-3413
ARDC: 03124053
raymondboldt@att.net

Respondent Gwendolyn Barlow not present 2:37 pm

171-94 (Rev. 10/11)