IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERVIN

vs.

RAYMOND ERVIN

Case No. 04D1943

FILED MAR 06 2019
Erin Cartwright Weinstein
CIRCUIT CLERK

ORDER

This Matter coming on to be heard for continued citation proceedings, counsel for Gwendolyn Barlow appearing on her behalf, counsel for Sarina Ervin appearing on her behalf, the court being fully advised;

IT IS HEREBY ORDERED:

1) This Matter is continued to April 2, 2019 at 1:30 P.M. in C-506 for status regarding Gwendolyn Barlow's Retaining new counsel (or pro se appearance), document production and Return on the Rule to Show Cause issued contemporaneously herewith. Gwendolyn Barlow must appear in Court for same.

2) Attorney Raymond Bold + will send copy of this Order; Order issuing Rule to Show Cause to Ms. Barlow

ENTER:

_____
JUDGE

Dated this 6th day of March, 2019.

Prepared by:
Attorney's Name: Jonathan D. Steele
Address: 161 N. Clark #3000
City: Chicago   State: IL
Phone: 3126219700   Zip Code: 60601
Fax: 3126210969
ARDC: 6308161

171-94 (Rev. 10/11)

2:36pm