IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

| | |
|---|---|
| IN RE THE FORMER MARRIAGE OF: | ) |
| | ) |
| SARINA ERVIN, | ) |
|     Petitioner, | ) |
| | ) No. 04 D 1943 |
|     and | ) |
| | ) |
| RAYMOND N. ERVIN | ) |
|     Respondent, | ) |
| | ) |
|     and | ) |
| | ) |
| GWENDOLYN M. BARLOW | ) |
|     Third Party Respondent. | ) |

**AFFIDAVIT OF GWENDOLYN M. BARLOW**

Gwendolyn M. Barlow, on oath, states:

1. I am a licensed attorney in the State of Illinois, since 2001.

2. I am of legal age and operating under no disability.

3. I have been retained by Mr. Raymond N. Ervin as counsel relating to the disputed garnishment of his Social Security retirement benefits for non-payment of child support.

4. I make this Affidavit upon personal facts and knowledge of mine, if called to testify I would testify to the following facts.

5. I spoke with Ms. Sharon Shapiro, Esq., Assistant General Counsel, Department of Healthcare and Family Services, Child Support Division on October 24, 2018 after having previously sent an email to her regarding an inquiry regarding a garnishment order for the Social Security benefits of Raymond N. Ervin.

6. I asked her whether her office had issued a garnishment order to the Social Security Administration for Raymond N. Ervin's retirement benefit, for payment of child support.

7. She indicated that no such order was ever issued from her office and that the file was closed. She further stated that private attorneys could not issue garnishment orders to the Social Security Administration, these only may be secured by court order from the Department of Healthcare and Family Services and no such order exists in this case.

8. She further explained that any court order would have to include a specific amount for child support.

9. Further, since the court did not allow the preservation of arrearages in Mr. Ervin's case, there was nothing to seek judgment on.

10.     She further recommended that I should follow up directly with the Social Security Administration to request a copy of the garnishment order and share any contrary findings with her.

**AFFIANT FURTHER SAYETH NAUGHT.**

*Gwendolyn M. Barlow*
Gwendolyn M. Barlow, Esq.
ARDC No. 6274519
P. O. Box 5829
Buffalo Grove, Illinois 60089-5829
Phone: (847) 204-0416

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the statements above are true to the best of my knowledge.

*Gwendolyn M. Barlow*
Gwendolyn M. Barlow, Esq.
10/28/2018