IL Dept of Healthcare and Family Services  
Division of Child Support Services  
P.O. Box 19405    AIDA50S9  
Springfield, IL 62794-9405

Date: MAY 01, 2019

NCP: 147375703

#200627 030333299#  
RAYMOND N. ERVIN  
331 SPRINGSIDE LN  
BUFFALO GROVE IL    60089-1650

> Este es un aviso muy importante.   Si usted no entiende este aviso, comuniquese con el Centro de Servicio al Consumidor en la Seccion de Manutencion de Ninos a 1-800-447-4278, donde le podran explicar este aviso.   Personas que usan teletipo (TTY) deben llamar a 1-800-526-5812.
>
> This is an important notice. If you do not understand this notice, contact the Child Support Customer Service Call Center at 1-800-447-4278 who can explain it to you.   Persons with a TTY device may call 1-800-526-5812.

A review of the above referenced Child Support account has been conducted.   As a result of this review you are entitled to receive $    4,310.40   due to a credit balance.

If you have any questions about this matter, you may call 1-800-447-4278.

Division of Child Support Services

HFS 2876 (R-7-10)  
(SEQ:    159F)

MAIL DROP:
HFS 816
(R-9-17)  Bldg #   Floor #   Room #   Drop #   Initials
UNDELIVERABLE MAIL PROCESSING UNIT
DIVISION OF CHILD SUPPORT SERVICES
IL DEPT OF HEALTHCARE AND FAMILY SERVICES
PO BOX 19119
SPRINGFIELD IL 62794-9119

USA



PRESORTED
FIRST CLASS

US POSTAGE
$00.38³
MAY 08 2019
ZIP 62703
000263
21 3008679

ELECTRONIC SERVICE REQUESTED

DAGSS5B 60069