IL Dept of Healthcare and Family Services
Division of Child Support Services

MONTHLY BILLING STATEMENT OF CHILD SUPPORT ACCOUNT

Date: OCTOBER 01, 2017
NCP RIN: 147375703

RAYMOND N. ERVIN
331 SPRINGSIDE LN
BUFFALO GROVE IL  60089-1650

Support for Child(ren):

---

Este es un aviso muy importante. Si usted no entiende este aviso, comuniquese con el Centro de Servicio al Consumidor en la Seccion de Manutencion de Ninos a 1-800-447-4278, donde le podran explicar este aviso. Personas que usan teletipo (TTY) deben llamar a 1-800-526-5812.

This is an important notice. If you do not understand this notice, contact the Child Support Customer Service Call Center at 1-800-447-4278 who can explain it to you. Persons with a TTY device may call 1-800-526-5812.

---

You are required to pay the terms of the child support order listed below. Attached are coupons to send in with your payment when paying by check or money order.

Your last payment for $     0.00 was received on
Entry date of Order of Support: 10/07/2004     Docket #: 04D001943

Support amounts are based on the following support order terms:

| Amount | Per | Period | Description |
|---|---|---|---|
| $ | per | | current child support |
| $ 793.15 | per | MONTH | past due child support (arrearage) |
| $ | per | | current cash medical support |
| $ | per | | past due cash medical support |
| $ | per | | spousal support |
| $ | per | | past due spousal support |
| $ 3,965.77 | per | MONTH | other (must specify) In accordance with IL Public Act 093-1061 |

for a total of
$ 4,758.92 per MONTH     to be forwarded to the State Disbursement Unit at the address listed on the enclosed coupons.

**Other Payment Options:**
**www.expertpay.com (Direct Debit)**
You may have your ordered child support payments automatically withdrawn from your checking, savings or money market account. To take advantage of this easy method of paying your child support, you may enroll online at www.expertpay.com. You must complete a separate enrollment online at www.expertpay.com for each child support order for which you make payments. At any time you begin working for an employer, your employer will automatically be served an Order/Notice to Withhold Income for Child Support, HFS 3683. To discontinue automatic withdrawals it is your responsibility to work directly through ExpertPay's online web site, www.expertpay.com.

**www.e-childspay.com**
An easy and secure way for child support obligors to make their required child support payments online using a credit card. Obligors will have to register to use this service. For Illinois cases, a convenience fee is not charged. Visa, MasterCard and Discover are accepted. It can take up to 7 business days before your payment is posted to your child support account.

**Pay by Phone - 1-866-645-6348**
There is a registration process for first time users. Once registered, obligors can make payments online using Visa, MasterCard or Discover. It can take up to 7 business days before your payment is posted to your child support account.

---

IL Dept of Healthcare and Family Services - Payment Coupon for Child Support

Place the following information on your check/money order:

RAYMOND N. ERVIN
331 SPRINGSIDE LN
BUFFALO GROVE IL  60089-1650

Support Order/Docket#: 04D001943
FIPS: 1709700

Custodial Parent: SARINA A. ERVIN

Amount Due This Payment: $ 4,758.92

Date Due: 11/01/2017

Make check/money order payable to the State Disbursement Unit and mail this stub with your payment to:
State Disbursement Unit
PO Box 5400
Carol Stream IL  60197-5400

Amount Paid: $ _____

Check/Money Order Number: _____

HFS 2572 (R-4-14)
(SEQ:  3540F)

E19

IL478-1278

IL Dept of Healthcare and Family Services
Division of Child Support Services
Driver's License Unit    P4BPANQ4
P.O. Box 19152
Springfield, IL  62794-9152

#200627 024963327#
RAYMOND N. ERVIN
331 SPRINGSIDE LN
BUFFALO GROVE IL  60089-1650

Date:  NOVEMBER 05, 2017

NCP RIN:  147375703
Driver's License #: ▮▮▮▮▮▮▮▮

## NOTICE OF INTENT TO REQUEST SUSPENSION
## OF ILLINOIS DRIVER'S LICENSE

> Este es un aviso muy importante.  Si usted no entiende este aviso, comuniquese con el Centro de Servicio al Consumidor en la Seccion de Manutencion de Ninos a 1-800-447-4278, donde le podran explicar este aviso.  Personas que usan teletipo (TTY) deben llamar a 1-800-526-5812.
>
> This is an important notice. If you do not understand this notice, contact the Child Support Customer Service Call Center at 1-800-447-4278 who can explain it to you.  Persons with a TTY device may call 1-800-526-5812.

**IF YOU FAIL TO TAKE ACTION WITHIN 15 DAYS FROM THE DATE OF THIS NOTICE, YOUR DRIVER'S LICENSE MAY BE SUSPENDED.**

In accordance with Article X of the Illinois Public Aid Code (305 ILCS 5/10), the Illinois Vehicle Code (625 ILCS 5/6) and 89 Illinois Administrative Code 160.70, you are hereby notified that the Illinois Department of Healthcare and Family Services (HFS) will be notifying the Secretary of State to suspend your Illinois Driver's License.  This action is being taken because you failed to make payments on the following child support order(s):

| Docket Number(s): | IV-D Case Number(s): | Docket Number(s): | IV-D Case Number(s): |
|---|---|---|---|
| 04D001943 | C01166815 | | |

As of  09/30/2017 , there is now due the sum of $ 240,579.00.   This balance may not include all of the interest that you owe.

You have the ability to prevent the suspension of your driver's license if, within 15 days of this notice, you:

1. **Pay the past due support in full** by sending payment with the attached payment instruction sheet to the address on the payment instruction sheet.

2. **Contact us at 1-800-447-4278, or via e-mail at HFS.DCSSDLU@illinois.gov to enter into an acceptable payment agreement** with HFS.  Please note any payment agreement made with HFS does not act as a modification of the terms of the existing order(s) listed above.

3. **Send a written request for a hearing** on the amount owed to the address at the top of this form.

Include a copy of this notice with your payment or request for a hearing.  If you are unable to make payment in full at this time, you must call us at 1-800-447-4278 **within 15 days from the date of this notice.**

**REMEMBER, IF YOU FAIL TO TAKE ACTION WITHIN 15 DAYS FROM THE DATE OF THIS NOTICE, YOUR DRIVER'S LICENSE MAY BE SUSPENDED.**

| 110517 | C01166815 | 147375596 | 147375703 | 04D001943 |

HFS 3594 (R-12-14)
(SEQ:   105F)

E20

IL478-2706

## PAYMENT INSTRUCTION SHEET

!!!!! STOP !!!!!

If you are mailing a request for a hearing, DO NOT use this sheet.

THIS SHEET IS ONLY A PAYMENT INSTRUCTION SHEET. DO NOT USE FOR ANY OTHER PURPOSE.

You must send your child support payment to:

IL Dept of Healthcare and Family Services
State Disbursement Unit - DLU
PO Box 4614
Carol Stream IL 60197-4614

**In order for your payment to be processed correctly, please return this form with your payment.**

Make your check or money order payable to: Illinois State Disbursement Unit

NCP Name: RAYMOND N. ERVIN                                  HFS 3594
NCP Rin:  147375703

**If this payment is for more than one docket, tell us how much you're paying on each docket.**

| Docket Number(s) | Issuing County Where Order Issued | Payment Amount | Name of the Custodial Parent |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Other Payment Options:

**www.e-childspay.com**
An easy and secure way for child support obligors to make their required child support payments online using a credit card. Obligors will have to register to use this service. Visa, MasterCard and Discover are accepted. A processing fee will be charged. The fee schedule is: Payments of $0 - $500.00 - a Flat Rate fee of $14.95. Payments of $500.01 or more - a Percentage Rate of 2.95%. It can take up to 7 business days before your payment is posted to your child support account.

**www.expertpay.com**
An easy and secure way for child support obligors to establish automated payments (weekly, bi-weekly etc). Obligors will have to register to use this service and pay a one-time registration fee of $2.50. There is a validation period to verify the checking or savings account. It can take up to 5 business days before your payment is posted to your child support account.

**Pay by Phone - 1-866-645-6348**
There is a registration process for first time users. Once registered, obligors can make payments on-line using Visa, MasterCard or Discover. A processing fee will be charged. The fee schedule is: Payments of $0 - $500.00 - a Flat Rate fee of $14.95. Payments of $500.01 or more - a Percentage Rate of 2.95%. It can take up to 7 business days before your payment is posted to your child support account.

**Out of State Cases/Payments:** If you previously made or are currently making child support payments to a location in another state, you should resume or continue to do so.

110517         C01166815         147375596         147375703         04D001943

HFS 1507 (R-7-15)
(SEQ:    106F)                              E21