AB8861256

# SUSANA A. MENDOZA
## COMPTROLLER – STATE OF ILLINOIS

ERVIN RAYMOND N
331 SPRINGSIDE LN
BUFFALO GROVE IL 60089-1650

Vendor Number ******** A

Agency #    HEALTHCARE & FAMILY SERVICES
Warrant Number   AB8861256
Warrant Amount   $4,310.40
Warrant Date     05-02-2019
Voucher Number   PV478904621717

Payment Description: CHILD SUPPORT COMMERCIAL REFUND VOUCHER
PLEASE DISREGARD THE PHONE NUMBER ON THE WARRANT
REFER ALL INQUIRES TO 1-800-447-4278

| Invoice Number | Inv. Date | Customer ID | Billing Account Number | Net Amount |
|---|---|---|---|---|
| | | | | 4310.40 |

## DO YOU NEED HELP OR HAVE QUESTIONS ABOUT THIS PAYMENT?

For questions regarding this payment, please contact the Vouchering Agency at the number listed below:

HEALTHCARE & FAMILY SERVICES 217-782-5565

Payment of interest may be available if the State fails to comply
with the Illinois Prompt Payment Act (30 ILCS 540/1).

www.illinoiscomptroller.gov/contact

121072202

---

AB8861256
REFER TO THIS NUMBER

DRAWN BY SUSANA A. MENDOZA
ON THE TREASURER OF THE STATE OF ILLINOIS

COMPTROLLER 70-2186
711

PAY THIS AMOUNT: Four Thousand Three Hundred Ten********************40/100

$*******4310.40

VOID AFTER TWELVE MONTHS

TO THE ORDER OF:
DATE ISSUED: 05-02-2019
ERVIN RAYMOND N
331 SPRINGSIDE LN
BUFFALO GROVE IL 60089-1650

AB8861256

COUNTERSIGNED AND REGISTERED
*Michael Frerichs*
Michael Frerichs, Treasurer, State of Illinois

This document has a colored background
and contains an artificial watermark on
the reverse side.

GRANTED, DRAWN AND RECORDED
*Susana A. Mendoza*
Susana A. Mendoza, Comptroller, State of Illinois

⑆012⑆ ⑈071121866⑈ ⑆8861256⑆