AB8919288

# SUSANA A. MENDOZA
## COMPTROLLER - STATE OF ILLINOIS

ERVIN RAYMOND N
331 SPRINGSIDE LN
BUFFALO GROVE IL 60089-1650

Vendor Number  ********* A

Agency *          HEALTHCARE & FAMILY SERVICES
Warrant Number    AB8919288
Warrant Amount    $1,077.60
Warrant Date      05-15-2019
Voucher Number    PV478904626323

Payment Description: CHILD SUPPORT COMMERCIAL REFUND VOUCHER
PLEASE DISREGARD THE PHONE NUMBER ON THE WARRANT
REFER ALL INQUIRES TO 1-800-447-4278

| Invoice Number | Inv. Date | Customer ID | Billing Account Number | Net Amount |
|---|---|---|---|---|
|  |  |  |  | 1077.60 |

## DO YOU NEED HELP OR HAVE QUESTIONS ABOUT THIS PAYMENT?

For questions regarding this payment, please contact the Vouchering Agency at the number listed below:

HEALTHCARE & FAMILY SERVICES 217-782-5565

Payment of interest may be available if the State fails to comply with the Illinois Prompt Payment Act (30 ILCS 540/1).

www.illinoiscomptroller.gov/contact

121247626

---

AB8919288
REFER TO THIS NUMBER

DRAWN BY SUSANA A. MENDOZA
ON THE TREASURER OF THE STATE OF ILLINOIS

COMPTROLLER 70-2186
711

PAY THIS AMOUNT: One Thousand Seventy-Seven**************************60/100     $*******1077.60

VOID AFTER TWELVE MONTHS

DATE ISSUED: 05-15-2019

TO THE ORDER OF:
ERVIN RAYMOND N
331 SPRINGSIDE LN
BUFFALO GROVE IL 60089-1650

AB8919288

COUNTERSIGNED AND REGISTERED
*Michael Frerichs*
Michael Frerichs, Treasurer, State of Illinois

This document has a colored background and contains an artificial watermark on the reverse side.

GRANTED, DRAWN AND RECORDED
*Susana A. Mendoza*
Susana A. Mendoza, Comptroller, State of Illinois

⑊012⑊:071121866⑊:   ⑊8919288⑊

**SUSANA A. MENDOZA**
STATE OF ILLINOIS • COMPTROLLER
325 WEST ADAMS STREET
SPRINGFIELD, ILLINOIS 62704-1871







PRESORTED FIRST CLASS

US POSTAGE $00.38
MAY 16 2019
ZIP 62704
001715
21 3006014

DBFBSSB 60089