IL Dept of Healthcare and Family Services
Division of Child Support Services
DCSS-LAKE COUNTY OFFICE
2133 BELVIDERE RD    147375703
WAUKEGAN IL  60085-6153

#200627 023013051#
RAYMOND N. ERVIN
331 SPRINGSIDE LN
BUFFALO GROVE IL  60089-1650

MAY 08, 2017

NCP RIN: 147375703
CP RIN: 147375596
CP Name: SARINA A. ERVIN
Case #: C01166815
Docket/FIPS #: 04D001943/1709700

Este es un aviso muy importante. Si usted no entiende este aviso, comuniquese con el Centro de Servicio al Consumidor en la Seccion de Manutencion de Ninos a 1-800-447-4278, donde le podran explicar este aviso. Personas que usan teletipo (TTY) deben llamar a 1-800-526-5812.

This is an important notice. If you do not understand this notice, contact the Child Support Customer Service Call Center at 1-800-447-4278 who can explain it to you. Persons with a TTY device may call 1-800-526-5812.

## PAST DUE PAYMENT NOTICE

According to our records, you have fallen behind on paying your child support. This may be because your employer is **not** deducting in the same manner that your support order requires. If this continues, you will stay behind and, after 30 days, interest will be charged.

Your current support obligation is as follows:

| | | |
|---|---|---|
| CHILD SUPPORT | $ | .00 |
| MEDICAL SUPPORT | $ | .00 |
| SPOUSAL SUPPORT | $ | .00 |
| MISCELLANEOUS SUPPORT | $ | .00 |

Our records show you paid $         .00 in 04/2017.

Make your past due payment of $    100.00 now to the Illinois State Disbursement Unit at
State Disbursement Unit
PO Box 5400
Carol Stream IL  60197-5400

If you have made payments not included in our records, please call the Customer Service Call Center at **1-800-447-4278** and let us know. We will ask you to verify the payments.

Balance information can also be obtained on the child support website:
www.childsupport.illinois.gov just click on Account Balance.

If you do not have your ordered child support deducted through an employer, you can have it automatically deducted from your checking, savings, or money market account by registering online at www.expertpay.com to establish recurring automated payments. Obligors will have to register to use this service and pay a one-time registration fee of $2.50. You may also make child support payments using your credit card either online at www.e-childspay.com or by calling 1-866-645-6348.

050817        C01166815        147375596        147375703        04D001943

HFS 3607H (R-10-16)
(SEQ:  666F)                    E17