05/19/2017 10:04 847-566-3413 RAYMOND A BOLDT PAGE 04/25

05/18/2017 09:34 847-360-1097 CHILD SUPPORT SA PAGE 03/16

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

Illinois Department of Healthcare and Family Services,
    Intervening Petitioner,

Sarina A. Ervin,
    Petitioner,               No: 04D001943

vs.                            IV-D: C01166815

Raymond N. Ervin,
    Respondent.

FILED MAY 18 2017

### PETITION TO INTERVENE

Now comes the Illinois Department of Healthcare and Family Services by MICHAEL G. NERHEIM, LAKE COUNTY STATE'S ATTORNEY, and pursuant to 735 ILCS 5/2-408, states as follows:

1. The Illinois Department of Healthcare and Family Services is providing child support services pursuant to Title IV-D of the Social Security Act (42 U.S.C. 651 et seq.) and the Illinois Public Aid Code (305 ILCS 5/10-1 et seq.).

Wherefore, the Illinois Department of Healthcare and Family Services prays the Department be allowed to intervene and receive notice of further proceedings.

MICHAEL G. NERHEIM
LAKE COUNTY STATE'S ATTORNEY

by _____
    Assistant State's Attorney

### CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____    5-17-17
Authorized Agent, HFS        Date
Division of Child Support Services

Lake County
Assistant State's Attorney
18 N County St
Waukegan, Illinois 60085
(847) 377-3131
childsupport@lakecountyil.gov

LGL 901 (N-7-15)    147375596 / 147375703