FILED
4/18/2018 5:19 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

12/1/2016

Page 1

IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL
CIRCUIT, LAKE COUNTY, ILLINOIS

IN RE THE MARRIAGE OF:           )
                                 )
SERINA ERVIN,                    )
                                 )
         Petitioner,             )  No. 04 D 1943
                                 )
  -vs-                           )
                                 )
RAYMOND ERVIN,                   )
                                 )
         Respondent.             )
                                 )

 TRANSCRIPT OF PROCEEDINGS had in the above-entitled cause on the 1st day of December, 2016, at 1:34 p.m.

 BEFORE:  HONORABLE DANIEL L. JASICA

**LAKE-COOK REPORTING, LTD.**
847-236-0773

12/1/2016

Page 2

```
 1   PRESENT:
 2    BEERMANN, PRITIKIN, MIRABELLI & SWERDLOVE,
      (2275 Half Day Road, Suite 350,
 3    Bannockburn, Illinois 60015,
      312-621-4394,
 4    kcooper@beermannlaw.com,
      emirabelli@beermannlaw.com,
 5    MR. KYLE COOPER,
            -and-
 6    MR. ENRICO MIRABELLI,
            Appeared on behalf of the Petitioner;
 7
      WOLF & TENNANT,
 8    (33 North Dearborn Street, Suite 800,
      Chicago, Illinois 60602,
 9    312-739-0300), by:
      MR. JAMES WOLF,
10          Appeared on behalf of the Respondent.
11
12
13
14
15
16
17
18
19
20
21
22
23   REPORTED BY:  KAREN ORENSTEIN, CSR, RPR,
24   CSR Certificate No. 84-4693
```

**LAKE-COOK REPORTING, LTD.**
**847-236-0773**

**12/1/2016**

Page 3

1       (WHEREUPON THE FOLLOWING
2        PROCEEDINGS WERE HAD IN THE
3        ABOVE-ENTITLED CAUSE ON THIS
4        DATE.)
5       THE COURT:  Ervin, 04 D 1943.                10:09AM
6       MR. COOPER:  Good morning, your Honor.
7   Kyle Cooper and Enrico Mirabelli on behalf of
8   Serina Ervin.
9       MR. WOLF:  Jim Wolf, your Honor, on
10  behalf of the respondent, Raymond Ervin.         10:09AM
11      THE COURT:  Okay.  So before we start
12  the hearing, are the Plaintiff's Counsel looking
13  for time to file a response?
14      MR. COOPER:  We are.
15      THE COURT:  How much time would you like    10:09AM
16  to file your response?
17      MR. COOPER:  14 days.
18      THE COURT:  That's fine.
19          How much time would you like to
20  file your response?                              10:09AM
21      MR. WOLF:  We would like it as soon as
22  possible, your Honor, because the citations are
23  outstanding.
24      THE COURT:  So it will be December 15th

12/1/2016

Page 4

```
 1   for a response.  You can waive your reply or you
 2   can take as much or as little time as you want
 3   for your reply.
 4           MR. WOLF:  If we can just get a quick
 5   hearing date.                                        10:10AM
 6           THE COURT:  Do you want to waive it?
 7           MR. WOLF:  I don't want to waive it.
 8   When would be the hearing date?
 9           THE COURT:  At least seven days after
10   you file your reply.                                 10:10AM
11           MR. WOLF:  And their response is due
12   when?
13           THE COURT:  December 15th.
14           MR. WOLF:  If we can have until the
15   20th.                                                10:10AM
16           THE COURT:  To file your response,
17   that's fine.  And if you want the hearing on the
18   27th, that's fine with me.  You probably don't
19   want IT to be on a Thursday; it's pro se day.
20   So if you want seven days after the 20th, that       10:10AM
21   would be December 27th, Tuesday.  Would that
22   work with everybody?
23           MR. WOLF:  I think so.
24           MR. MIRABELLI:  Citations remain in full
```

12/1/2016

Page 5

| | | |
|---|---|---|
| 1 | force and effect since we haven't had a hearing? | |
| 2 | THE COURT: Correct. So just make sure | |
| 3 | that the movant gets me courtesy copies of | |
| 4 | everything by the 20th or 21st at the latest. | |
| 5 | MR. WOLF: For the record, your Honor, I | 10:11AM |
| 6 | do want to say that I object. I'm objecting to | |
| 7 | continuing anything in this matter because we do | |
| 8 | have outstanding citations and at this point | |
| 9 | they are confiscatory because they are either | |
| 10 | are or are not assets belonging to my client | 10:11AM |
| 11 | that are now being held up. I think the record | |
| 12 | is clear that the order on which I predicate | |
| 13 | their citation was vacated. And, in fact, as | |
| 14 | you go to the Court's website and you pull up | |
| 15 | this case -- | 10:11AM |
| 16 | THE COURT: I don't disagree that it | |
| 17 | looks like you've got a pretty strong case on | |
| 18 | first blush. But obviously I want to give them | |
| 19 | an opportunity to file a response. | |
| 20 | MR. WOLF: I was just making a record, | 10:11AM |
| 21 | your Honor. | |
| 22 | THE COURT: I appreciate it. | |
| 23 | Okay. So go ahead and draft up the | |
| 24 | order that sets forth that schedule and I will | |

12/1/2016

Page 6

1  see you on non pro se day, December 27th.  Thank
2  you.
3              (WHICH WERE ALL THE PROCEEDINGS
4               HAD IN THE ABOVE-ENTITLED CAUSE
5               ON THIS DATE.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**LAKE-COOK REPORTING, LTD.**
**847-236-0773**

12/1/2016

Page 7

1    I, KAREN ORENSTEIN, CSR No. 84-4693, a
2    Certified Shorthand Reporter of the State of
3    Illinois, do hereby certify that I reported in
4    shorthand the proceedings had at the hearing
5    aforesaid, and that the foregoing is a true,
6    complete, and correct transcript of the
7    proceedings of said hearing as appears from my
8    stenographic notes so taken and transcribed
9    under my personal direction.
10        IN WITNESS WHEREOF, I do hereunto set my
11   hand at Chicago, Illinois, this 17th day of
12   April, 2018.
13
14   _____
15   KAREN ORENSTEIN, CSR No. 84-4693
16   Certified Shorthand Reporter
17
18
19
20
21
22
23
24

| **A** | **courtesy** 5:3 | **Half** 2:2 | 1:1 | **response** 3:13,16 |
|---|---|---|---|---|
| **above-entitled** 1:13 3:3 6:4 | **CSR** 2:23,24 7:1,15 | **hand** 7:11 | **non** 6:1 | 3:20 4:1,11,16 5:19 |
| **aforesaid** 7:5 | **D** | **hearing** 3:12 4:5,8 4:17 5:1 7:4,7 | **North** 2:8 | **Road** 2:2 |
| **ahead** 5:23 | **D** 1:5 3:5 | **held** 5:11 | **notes** 7:8 | **RPR** 2:23 |
| **and-** 2:5 | **DANIEL** 1:16 | **hereunto** 7:10 | **O** | **S** |
| **Appeared** 2:6,10 | **date** 3:4 4:5,8 6:5 | **Honor** 3:6,9,22 5:5 5:21 | **object** 5:6 | **schedule** 5:24 |
| **appears** 7:7 | **day** 1:13 2:2 4:19 6:1 7:11 | **HONORABLE** 1:16 | **objecting** 5:6 | **se** 4:19 6:1 |
| **appreciate** 5:22 | **days** 3:17 4:9,20 | | **obviously** 5:18 | **see** 6:1 |
| **April** 7:12 | **Dearborn** 2:8 | **I** | **Okay** 3:11 5:23 | **Serina** 1:4 3:8 |
| **assets** 5:10 | **December** 1:13 3:24 4:13,21 6:1 | **Illinois** 1:2 2:3,8 7:3,11 | **opportunity** 5:19 | **set** 7:10 |
| **B** | **direction** 7:9 | | **order** 5:12,24 | **sets** 5:24 |
| **Bannockburn** 2:3 | **disagree** 5:16 | **J** | **ORENSTEIN** 2:23 7:1,15 | **seven** 4:9,20 |
| **BEERMANN** 2:2 | **draft** 5:23 | **JAMES** 2:9 | **outstanding** 3:23 5:8 | **shorthand** 7:2,4,16 |
| **behalf** 2:6,10 3:7 3:10 | **due** 4:11 | **JASICA** 1:16 | | **soon** 3:21 |
| **belonging** 5:10 | **E** | **Jim** 3:9 | **P** | **start** 3:11 |
| **blush** 5:18 | **effect** 5:1 | **JUDICIAL** 1:1 | **p.m** 1:14 | **State** 7:2 |
| **C** | **either** 5:9 | **K** | **personal** 7:9 | **stenographic** 7:8 |
| **case** 5:15,17 | **emirabelli@beer...** 2:4 | **KAREN** 2:23 7:1 7:15 | **Petitioner** 1:5 2:6 | **Street** 2:8 |
| **cause** 1:13 3:3 6:4 | **Enrico** 2:6 3:7 | **kcooper@beerm...** 2:4 | **Plaintiff's** 3:12 | **strong** 5:17 |
| **Certificate** 2:24 | **Ervin** 1:4,7 3:5,8 3:10 | **Kyle** 2:5 3:7 | **point** 5:8 | **Suite** 2:2,8 |
| **Certified** 7:2,16 | **everybody** 4:22 | | **possible** 3:22 | **sure** 5:2 |
| **certify** 7:3 | **F** | **L** | **predicate** 5:12 | **SWERDLOVE** 2:2 |
| **Chicago** 2:8 7:11 | **fact** 5:13 | **L** 1:16 | **PRESENT** 2:1 | **T** |
| **CIRCUIT** 1:1,2 | **file** 3:13,16,20 4:10 4:16 5:19 | **LAKE** 1:2 | **pretty** 5:17 | **take** 4:2 |
| **citation** 5:13 | **fine** 3:18 4:17,18 | **latest** 5:4 | **PRITIKIN** 2:2 | **taken** 7:8 |
| **citations** 3:22 4:24 5:8 | **first** 5:18 | **little** 4:2 | **pro** 4:19 6:1 | **TENNANT** 2:7 |
| **clear** 5:12 | **FOLLOWING** 3:1 | **looking** 3:12 | **probably** 4:18 | **Thank** 6:1 |
| **client** 5:10 | **force** 5:1 | **looks** 5:17 | **proceedings** 1:12 3:2 6:3 7:4,7 | **think** 4:23 5:11 |
| **complete** 7:6 | **foregoing** 7:5 | **M** | **pull** 5:14 | **Thursday** 4:19 |
| **confiscatory** 5:9 | **forth** 5:24 | **making** 5:20 | **Q** | **time** 3:13,15,19 4:2 |
| **continuing** 5:7 | **full** 4:24 | **MARRIAGE** 1:3 | **quick** 4:4 | **transcribed** 7:8 |
| **Cooper** 2:5 3:6,7 3:14,17 | **G** | **matter** 5:7 | **R** | **transcript** 1:12 7:6 |
| **copies** 5:3 | **give** 5:18 | **Mirabelli** 2:2,6 3:7 4:24 | **Raymond** 1:7 3:10 | **true** 7:5 |
| **correct** 5:2 7:6 | **go** 5:14,23 | **morning** 3:6 | **record** 5:5,11,20 | **Tuesday** 4:21 |
| **Counsel** 3:12 | **Good** 3:6 | **movant** 5:3 | **remain** 4:24 | **U** |
| **COUNTY** 1:2 | **H** | **N** | **reply** 4:1,3,10 | **V** |
| **COURT** 1:1 3:5,11 3:15,18,24 4:6,9 4:13,16 5:2,16,22 | | **NINETEENTH** | **reported** 2:23 7:3 | **vacated** 5:13 |
| **Court's** 5:14 | | | **Reporter** 7:2,16 | **vs-** 1:6 |
| | | | **respondent** 1:8 2:10 3:10 | **W** |
| | | | | **waive** 4:1,6,7 |

12/1/2016

[Page 2]

| | | |
|---|---|---|
| want 4:2,6,7,17,19 4:20 5:6,18<br>website 5:14<br>WHEREOF 7:10<br>WITNESS 7:10<br>Wolf 2:7,9 3:9,9,21 4:4,7,11,14,23 5:5 5:20<br>work 4:22<br><br>**X**<br><br>**Y**<br><br>**Z**<br><br>**0**<br>04 1:5 3:5<br><br>**1**<br>1:34 1:14<br>10:09AM 3:5,10,15 3:20<br>10:10AM 4:5,10,15 4:20<br>10:11AM 5:5,10,15 5:20<br>14 3:17<br>15th 3:24 4:13<br>17th 7:11<br>1943 1:5 3:5<br>1st 1:13<br><br>**2**<br>2016 1:14<br>2018 7:12<br>20th 4:15,20 5:4<br>21st 5:4<br>2275 2:2<br>27th 4:18,21 6:1<br><br>**3**<br>312-621-4394 2:3<br>312-739-0300 2:9<br>33 2:8<br>350 2:2 | **4**<br><br>**5**<br><br>**6**<br>60015 2:3<br>60602 2:8<br><br>**7**<br><br>**8**<br>800 2:8<br>84-4693 2:24 7:1,15 | |