Case: 1:20-cv-06006 Document #: 1-40 Filed: 10/09/20 Page 1 of 3 PageID #:380



MARK C. CURRAN, JR.
SHERIFF

**OFFICE OF THE SHERIFF**
*Lake County, Illinois*

*25 S. Martin Luther King Jr. Ave.*
*Waukegan, Illinois 60085*
*Phone: (847) 377-4000*

## IMPORTANT NOTICE

March 1, 2018

Defendant's Name:         RAYMOND N ERVIN

Case Title:               ERVIN VS ERVIN

Case Number:              04D1943

The Civil Process Division is currently holding a Civil Warrant for your arrest.  The Charge is FAILURE TO APPEAR for your last court date.

You are directed to surrender yourself to the Lake County Jail, 20 S. County Street, Waukegan, Illinois within seven (7) days from the date of this notice between 8:00 am to 5:00 pm, Monday through Friday.

PLEASE BRING THIS PAPER WITH YOU WHEN YOU SURRENDER.

## FAILURE TO DO SO WILL RESULT IN YOUR ARREST AND POSSIBLE INCARCERATION IN THE LAKE COUNTY JAIL.

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERVIN,

vs.                                   Case No. 04 D 1945

RAYMOND ERVIN

### BODY ATTACHMENT ORDER

ON MOTION OF _SARINA ERVIN_ for a
body attachment to issue against_RAYMOND ERVIN_ respondent(s)
herein, for failure to appear in response to the ☐ citation/ ☒ rule to show cause heretofore issued, served upon said
respondent(s) and ☒ returnable/ ☐ continued until today, it appearing to the Court and the Court so finds that said
respondent(s) did not appear today, that Local Rule 15.01 has been complied with, and the Court being fully advised in
the premises,    DN 1/4/18 OF DN 1/4/2018

IT IS THEREFORE ORDERED that a body attachment issue against said respondent(s) herein
returnable forthwith.

**TO THE SHERIFF OF LAKE COUNTY:**

YOU ARE COMMANDED to take custody of said respondent(s) and if not released from your custody upon
his/her bond, to immediately bring him/her/them before the Honorable Motion Judge sitting in Courtroom C-_507_ or any
judge presiding in his stead to answer for contempt of court for **NOT ATTENDING SAID COURT AS HERETOFORE
ORDERED.**

You are authorized to take the respondent(s) to one of the Sheriff's facilities for the purpose of accepting bond,
and to require his/her/their appearance in court at a specified date and time not less than 7 nor more than 15 days after
service hereof.  Such appearance, date, time and address shall be set forth upon the bond.

You are to serve this order and return it without delay.

**Cash Ball is set in the amount of $** _1,000.00_ (10% applicable - $25.00 minimum).

**THIS ORDER SHALL EXPIRE ONE YEAR AFTER THE DATE IT WAS ISSUED.**

Dated at Waukegan, Illinois this _28th_ day
of _February_ 20 _18_ .                    _____
                                              Judge

SEAL OF COURT

I hereby certify the above to be true and correct.

Dated_____ FEB 2 0 2018 _____

_Erin Cartwright Weinstein_
CLERK OF THE CIRCUIT COURT

This order is the command of the Circuit Court and violation
thereof is subject to penalty of law.

**TO THE RESPONDENT:** If you are released on bond, you shall appear in C-_507_ at 18 N. County Street,
Waukegan, Illinois at _____ AM/PM on _____ date to be inserted by Sheriff).
The above information shall be noted on the bond of the respondent and the copy of this order delivered to him.

Prepared by:
Attorney's Name: _Jonathan D. Steele_
Address: _161 N. Clark, #2600_
City: _Chicago_ State: _IL_
Phone: _312 621 9700_ Zip Code: _60601_
Fax: _312 621 0909_
ARDC: _6508171_

171-141  (Rev. 04/13)

# CIVIL WARRANT

**FILED**
**2/20/2019 2:33 PM**

Du  05 05 18

**Lake County Sheriff's Office**

ERIN CARTWRIGHT WEINSTEIN

Type of Service:  **BODY ATTACHMENT -  LOCAL PAPER**  -

**Clerk of the Circuit Court**

Court Case :  **04D1943**      Civil Number :  **18-01425CP**      Assigned to:  **VINSON, JOHN R**    **Lake County, Illinois**

Title :  **ERVIN VS ERVIN**                           Date Received:  **03/01/2018**     Expires:**02/20/2019**

Name:  **ERVIN, RAYMOND N**                                      DOB:

Address:  **331 SPRINGSIDE LN**       Apt:          City:  **BUFFALO GROVE**

Sex:          Race:          Height :          Weight :          Hair Color :          Eye Color :

Date Notice Given :  ___MAR  1, 2018___          Mailed To : _____    Date: ___ /___ /____

**Attempts to Arrest :**

1)   Date : ___ / ___ / ____          Time : _____          Notes : _____

2)   Date : ___ / ___ / ____          Time : _____          Notes : _____

3)   Date : ___ / ___ / ____          Time : _____          Notes : _____

☐  **Voluntary Surrender**   Date : ___ /___/____   By : _____

☐  **Arrested**    Date : ___ /___/____     Agency: _____

☐  **Posted Bond** Amount : _____   New Court Date : ___ /___/____   By: _____

**Notes:**

___2/20/19 - expired___

**Mark C. Curran, Jr.**
**Sheriff of Lake County, Illinois**

Deputy:_____  #_____