| STATE OF ILLINOIS | ) | IN THE CIRCUIT COURT OF THE |
| | ) SS | NINETEENTH JUDICIAL CIRCUIT |
| COUNTY OF LAKE | ) | LAKE COUNTY, ILLINOIS |

**FILED**
MAY 18 2017
Erin Cartwright Weinstein
CIRCUIT CLERK

ILLINOIS DEPARTMENT OF HEALTHCARE
AND FAMILY SERVICES, EX REL:
SARINA A. ERVIN
    Petitioner
    vs
RAYMOND N. ERVIN
    Respondent

)
)
)
)
)
)

Gen No:   04D1943
IV-D No:   C01166815

## NOTICE OF MOTION

RAYMOND BOLDT
ATTORNEY AT LAW
209 E. PARK ST.
MUNDELEIN, IL 60060
FAX: 847-566-3413

JONATHAN STEELE
BEERMANN, PRITIKIN, MIRABELLI, SWERDLOVE, LLP
161 N. CLARK ST. SUITE 2600
CHICAGO, IL 60601
FAX: 312-621-0909

On **FRIDAY, MAY 19, 2017, at 2:00 P.M.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Daniel L. Jasica, or any Judge sitting in his/her stead, in the Courtroom usually occupied by him/her in the Circuit Courtroom C-307, Lake County Courthouse, 18 North County Street, Waukegan, Illinois, and then and there present the attached **PETITION TO INTERVENE AND PETITION TO PRESERVE ARREARAGE**, and hold hearing thereon instanter.

### AFFIDAVIT OF SERVICE

I, the undersigned, on oath states that on MAY 18, 2017, I served this notice by faxing a copy to each person to whom it is directed.

Child Support Division
Lake County State's Attorney's Office

Signed & Sworn to before me this
MAY 18, 2017

Notary Public

"OFFICIAL SEAL"
ELISAURA SILVA
Notary Public, State of Illinois
My Commission Expires 03/10/2019

MICHAEL G. NERHEIM
STATE'S ATTORNEY OF LAKE COUNTY
18 North County Street
Waukegan, IL 60085
(847) 377 - 3131
ChildSupport@lakecountyil.gov

STATE OF ILLINOIS )              IN THE CIRCUIT COURT OF THE
                  ) SS           NINETEENTH JUDICIAL CIRCUIT
COUNTY OF LAKE  )                LAKE COUNTY, ILLINOIS

IN RE: THE MARRIAGE OF                   )
                                         )
SARINA A. ERVIN                          )     Gen. No:    04 D 1943
            Petitioner,                  )     IV-D No:    C011021998
            vs.                          )
RAYMOND N. ERVIN                         )
            Respondent.                  )

## PETITION TO PRESERVE ARREARAGE

Now Comes the Illinois Department of Healthcare and Family Services, through its

Attorney, Michael G. Nerheim, State's Attorney of Lake County and, pursuant to 750 ILCS

22/101 *et seq.*, states as follows:

1.      On October 7, 2004, a Notice of Registration of Foreign Order was filed in Circuit

Court for the Nineteenth Judicial Circuit, Lake County, Illinois, in the above captioned case

registering two court orders from the Canada Superior Court of Justice.

2.      One court order was entered on November 2, 1998, providing Raymond Ervin,

Respondent, shall pay to Sarina Ervin, Petitioner, child support in the amount of CN $1,613.00

per month.

3.      A subsequent court order was entered on August 31, 2000, (with a date July 5,

2000) providing Raymond Ervin, Respondent, shall pay Sarina Ervin, Petitioner, child support in

the amount of CN $5,418.00 per month.

4.      Upon information and belief, the support orders have not been further modified.

5.      Payments under both orders were to be sent to the Director of the Family

Responsibility Office, until such time as Petitioner should withdraw the support orders from the

program.

05/19/2017 10:42 847-556-3013 RAYMOND ROPLIT PAGE 06/25
Case: 1:20-cv-06066 Document #: 1-41 Filed: 10/08/20 Page 3 of 21 PageID #:385

05/18/2017 09:34 947-360-1097 CHILD SUPPORT SA PAGE 05/18

6.  Petitioner assigned her interest in child support to the Ministry of Community and Social Services, Ontario, Canada.

7.  Petitioner withdrew from Canada's child support program effective March 21, 2006.

8.  During the relevant timeframe of November 2, 1998 through March 21, 2006 a total amount of payments due to Canadian Social Assistance the Crown is CN$330,055.25 (U.S. $240,579.00). (See attached Exhibits A and B.)

9.  The Department requests that the arrearage due and owing to the Ministry of Community and Social Services, Ontario, Canada, be preserved and that it be given the authority to collect and enforce payment of the arrearage amount.

WHEREFORE, the Illinois Department of Healthcare and Family Services prays:

A.  That the Department of Healthcare and Family Services be allowed to intervene;

B.  The Petition to Preserve the arrearage amount due to The Ministry of Community and Social Services, Ontario, Canada, be granted and that the Department of Healthcare and Family Services has authority to collect and enforce payment due on the arrearage amount as permitted by law.

MICHAEL G. NERHEIM

LAKE COUNTY STATE'S ATTORNEY

By: _____

One of his Assistants

2

## CERTIFICATION

UNDER THE PENALTIES AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF
THE ILLINOIS CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT
THE STATEMENTS SET FORTH IN THIS INSTRUMENT ARE TRUE AND CORRECT,
EXCEPT AS TO MATTERS, THEREIN STATED TO BE ON INFORMATION AND BELIEF
AND AS TO SUCH MATTERS, THE UNDERSIGNED CERTIFIES AS AFORESAID THAT
HE/SHE VERILY BELIEVES THE SAME TO BE TRUE.

5-17-17
_____
Date

_____
Name

Michael G. Nerheim
State's Attorney of Lake County
18 N. County Street
Waukegan, IL 60085
847-377-3131
ChildSupport@lakecountyil.gov

3

ONTARIO COURT OF JUSTICE

DIRECTOR'S STATEMENT OF ARREARS
Form 35A Court File No.

Creditor:
Director Of the Family Responsibility Office for the benefit of :
ERVIN, SARINA
P.O. Box 220
Downsview ON
M3M 3A3

Payor:
ERVIN, RAYMOND N

I, _____ , of the CITY of TORONTO in the PROVINCE of ONTARIO make oath and say :

I
M
A
G
E
D

2
0
1
1
-
1
1
-
1
0

1.  I am an agent of the Director of the Family Responsibility Office.

2.  The court order/agreement dated the 05 day of July 2000 has not been changed by the court or by agreement of the parties according to the records of the Director, since it was filed with the Director for enforcement.

2a. Arrears have also been claimed under the following orders:

3.  The order/agreement to be enforced in this court is currently filed for enforcement in the office of the Director of the Family Responsibility Office.

4.  The total amount of periodic payments in arrears as of 21 December, 2010 is $330,055.25.

5.  The amount of claimed interest accrued on arrears of periodic payments between the date of each default and today is NIL.

6.  The amount of the lump-sum support in default as of 21 December, 2010 is NIL.

7.  The total amount of claimed interest on the lump-sum support is NIL.

8.  The amount of fixed or assessed court costs in default as of 21 December, 2010 is NIL.

9.  The amount of claimed interest on court costs is NIL.

10. The total amount enforceable in this court that is claimed against the debtor is as follows:

    (a) arrears of periodic payments                  $330,055.25
    (b) interest on arrears of periodic payments      NIL
    (c) lump-sum                                       NIL
    (d) interest on lump-sum                           NIL
    (e) unpaid court costs                             NIL
    (f) interest on court costs                        NIL

(1 of 2)          698/13478-98/0589000/101221



EXHIBIT
D

ONTARIO COURT OF JUSTICE

DIRECTOR'S STATEMENT OF ARREARS
Form 35A Court File No.

| | |
|---|---|
| (g) director's costs | NIL |
| (h) total administration fee outstanding | NIL |
| (i) NSF | NIL |
| TOTAL ................................................................... | $330,055.25 |

11.  In respect of the sum of paragraphs 6 and 7, NIL is for lump-sum maintenance or support.

12.  In respect of the sum of paragraphs 4, 5, 8 and 9, $330,055.25 is for periodic maintenance or support.

13.  The computations in this statement and its appendices have been carried out correctly to the best of my ability.

Sworn before me at the CITY of TORONTO in the

PROVINCE of ONTARIO

this 21st day of December, 2010

_____
Signature

_____
(A Commissioner, etc.)

(This form to be signed before a lawyer, justice of the peace, notary public or commissioner for taking affidavits.)

Evelyn Rocillo, Commissioner for taking
for the Government of Ontario,
Ministry of Community and Social Services
Expires June 9, 2013.

(2 of 2)               698/13478-98/0589000/101221

## SCHEDULE A

Case No:     0589000
Payor:       ERVIN, RAYMOND N
Creditor:    ERVIN, SARINA
File No:     13478-98

| TXN DATE | DESCRIPTION | AMOUNT DUE | AMOUNT PAID | BALANCE |
|---|---|---|---|---|
| 02 02 99 | SUPPORT ACCRUAL | 3413.00 | | 3413.00 |
| 02 03 99 | SUPPORT ACCRUAL | 3413.00 | | 6826.00 |
| 09 03 99 | ON FBA 011199 | 0.00 | | 6826.00 |
| 09 03 99 | SOA FBA 050299 1198-0199 | 7539.00 | | 14365.00 |
| 02 04 99 | SUPPORT ACCRUAL | 3413.00 | | 17778.00 |
| 13 04 99 | PAYOR RECEIPT | | -10900.00 | 6878.00 |
| 02 05 99 | SUPPORT ACCRUAL | 3413.00 | | 10291.00 |
| 02 06 99 | SUPPORT ACCRUAL | 3413.00 | | 13704.00 |
| 02 07 99 | SUPPORT ACCRUAL | 3413.00 | | 17117.00 |
| 02 08 99 | SUPPORT ACCRUAL | 3413.00 | | 20530.00 |
| 02 09 99 | SUPPORT ACCRUAL | 3413.00 | | 23943.00 |
| 02 10 99 | SUPPORT ACCRUAL | 3413.00 | | 27356.00 |
| 20 10 99 | OTHER LOCK BOX | | -2900.00 | 24456.00 |
| 22 10 99 | FOAEA DIVERSION RECEIPT | | -178.25 | 24277.75 |
| 02 11 99 | SUPPORT ACCRUAL | 3413.00 | | 27690.75 |
| 02 12 99 | SUPPORT ACCRUAL | 3413.00 | | 31103.75 |
| 02 01 00 | SUPPORT ACCRUAL | 3413.00 | | 34516.75 |
| 24 01 00 | FOAEA DIVERSION RECEIPT | | -178.25 | 34338.50 |
| 02 02 00 | SUPPORT ACCRUAL | 3413.00 | | 37751.50 |
| 16 02 00 | OTHER LOCK BOX | | -4100.00 | 33651.50 |
| 02 03 00 | SUPPORT ACCRUAL | 3413.00 | | 37064.50 |
| 02 04 00 | SUPPORT ACCRUAL | 3413.00 | | 40477.50 |
| 02 05 00 | SUPPORT ACCRUAL | 3413.00 | | 43890.50 |
| 09 05 00 | FOAEA DIVERSION RECEIPT | | -178.25 | 43712.25 |
| 02 06 00 | SUPPORT ACCRUAL | 3413.00 | | 47125.25 |
| 02 07 00 | SUPPORT ACCRUAL | 3413.00 | | 50538.25 |
| 02 08 00 | SUPPORT ACCRUAL | 3413.00 | | 53951.25 |
| 01 09 00 | SUPPORT ACCRUAL | 5418.00 | | 59369.25 |
| 26 09 00 | OFF FBA EFF. 31/01/99 | 0.00 | | 59369.25 |
| 27 09 00 | ON OW EFF. 01/02/99 | 0.00 | | 59369.25 |
| 27 09 00 | ON OW EFF. 01/02/99 | 0.00 | | 64787.25 |
| 01 10 00 | SUPPORT ACCRUAL | 5418.00 | | 64787.25 |
| 05 10 00 | OFF FBA EFF. 31/10/98 | 0.00 | | 64787.25 |
| 10 10 00 | ON OW EFF. 01/11/98 | 0.00 | | 64787.25 |
| 25 10 00 | CO 050700-CHG SFT | | -16040.00 | 48747.25 |
| 27 10 00 | COR ADJ DD 251000 | 32080.00 | | 80827.25 |
| 01 11 00 | SUPPORT ACCRUAL | 5418.00 | | 86245.25 |
| 01 12 00 | SUPPORT ACCRUAL | 5418.00 | | 91663.25 |
| 01 01 01 | SUPPORT ACCRUAL | 5418.00 | | 97081.25 |
| 01 02 01 | SUPPORT ACCRUAL | 5418.00 | | 102499.25 |
| 01 03 01 | SUPPORT ACCRUAL | 5418.00 | | 107917.25 |
| 01 04 01 | SUPPORT ACCRUAL | 5418.00 | | 113335.25 |
| 01 05 01 | SUPPORT ACCRUAL | 5418.00 | | 118753.25 |
| 01 06 01 | SUPPORT ACCRUAL | 5418.00 | | 124171.25 |
| 01 07 01 | SUPPORT ACCRUAL | 5418.00 | | 129589.25 |
| 01 08 01 | SUPPORT ACCRUAL | 5418.00 | | 135007.25 |
| 01 09 01 | SUPPORT ACCRUAL | 5418.00 | | 140425.25 |
| 01 10 01 | SUPPORT ACCRUAL | 5418.00 | | 145843.25 |
| 01 11 01 | SUPPORT ACCRUAL | 5418.00 | | 151261.25 |
| 01 12 01 | SUPPORT ACCRUAL | 5418.00 | | 156679.25 |
| 01 01 02 | SUPPORT ACCRUAL | 5418.00 | | 162097.25 |

698/13478-98/0589000/101221

| | | | | | |
|---|---|---|---|---|---|
| 01 | 02 | 02 | SUPPORT ACCRUAL | 5418.00 | 167515.25 |
| 01 | 03 | 02 | SUPPORT ACCRUAL | 5418.00 | 172933.25 |
| 01 | 04 | 02 | SUPPORT ACCRUAL | 5418.00 | 178351.25 |
| 01 | 05 | 02 | SUPPORT ACCRUAL | 5418.00 | 183769.25 |
| 02 | 06 | 02 | SUPPORT ACCRUAL | 5418.00 | 189187.25 |
| 01 | 07 | 02 | SUPPORT ACCRUAL | 5418.00 | 194605.25 |
| 01 | 08 | 02 | SUPPORT ACCRUAL | 5418.00 | 200023.25 |
| 01 | 09 | 02 | SUPPORT ACCRUAL | 5418.00 | 209441.25 |
| 01 | 10 | 02 | SUPPORT ACCRUAL | 5418.00 | 210859.25 |
| 01 | 11 | 02 | SUPPORT ACCRUAL | 5418.00 | 216277.25 |
| 01 | 12 | 02 | SUPPORT ACCRUAL | 5418.00 | 221695.25 |
| 01 | 01 | 03 | SUPPORT ACCRUAL | 5418.00 | 227113.25 |
| 01 | 02 | 03 | SUPPORT ACCRUAL | 5418.00 | 232531.25 |
| 01 | 03 | 03 | SUPPORT ACCRUAL | 5418.00 | 237949.25 |
| 01 | 04 | 03 | SUPPORT ACCRUAL | 5418.00 | 243367.25 |
| 01 | 05 | 03 | SUPPORT ACCRUAL | 5418.00 | 248785.25 |
| 01 | 06 | 03 | SUPPORT ACCRUAL | 5418.00 | 254203.25 |
| 01 | 07 | 03 | SUPPORT ACCRUAL | 5418.00 | 259621.25 |
| 01 | 08 | 03 | SUPPORT ACCRUAL | 5418.00 | 265039.25 |
| 01 | 09 | 03 | SUPPORT ACCRUAL | 5418.00 | 270457.25 |
| 01 | 10 | 03 | SUPPORT ACCRUAL | 5418.00 | 275875.25 |
| 01 | 11 | 03 | SUPPORT ACCRUAL | 5418.00 | 281293.25 |
| 01 | 12 | 03 | SUPPORT ACCRUAL | 5418.00 | 286711.25 |
| 01 | 01 | 04 | SUPPORT ACCRUAL | 5418.00 | 292129.25 |
| 01 | 02 | 04 | SUPPORT ACCRUAL | 5418.00 | 297547.25 |
| 01 | 03 | 04 | SUPPORT ACCRUAL | 5418.00 | 302965.25 |
| 01 | 04 | 04 | SUPPORT ACCRUAL | 5418.00 | 308383.25 |
| 01 | 05 | 04 | SUPPORT ACCRUAL | 5418.00 | 313801.25 |
| 01 | 06 | 04 | SUPPORT ACCRUAL | 5418.00 | 319219.25 |
| 01 | 07 | 04 | SUPPORT ACCRUAL | 5418.00 | 324637.25 |
| 01 | 08 | 04 | SUPPORT ACCRUAL | 5418.00 | 330055.25 |
| 01 | 09 | 04 | SUPPORT ACCRUAL | 5418.00 | 335473.25 |
| 01 | 10 | 04 | SUPPORT ACCRUAL | 5418.00 | 340891.25 |
| 01 | 11 | 04 | SUPPORT ACCRUAL | 5418.00 | 346309.25 |
| 01 | 12 | 04 | SUPPORT ACCRUAL | 5418.00 | 351727.25 |
| 01 | 01 | 05 | SUPPORT ACCRUAL | 5418.00 | 357145.25 |
| 01 | 02 | 05 | SUPPORT ACCRUAL | 5418.00 | 362563.25 |
| 01 | 03 | 05 | SUPPORT ACCRUAL | 5418.00 | 367981.25 |
| 01 | 04 | 05 | SUPPORT ACCRUAL | 5418.00 | 373399.25 |
| 01 | 05 | 05 | SUPPORT ACCRUAL | 5418.00 | 378817.25 |
| 01 | 06 | 05 | SUPPORT ACCRUAL | 5418.00 | 384235.25 |
| 01 | 07 | 05 | SUPPORT ACCRUAL | 5418.00 | 389653.25 |
| 01 | 08 | 05 | SUPPORT ACCRUAL | 5418.00 | 395071.25 |
| 01 | 09 | 05 | SUPPORT ACCRUAL | 5418.00 | 400489.25 |
| 01 | 10 | 05 | SUPPORT ACCRUAL | 5418.00 | 405907.25 |
| 01 | 11 | 05 | SUPPORT ACCRUAL | 5418.00 | 411325.25 |
| 14 | 11 | 05 | OFF GWA EFF 110804 | 0.00 | 411325.25 |
| 14 | 11 | 05 | OFF GWA EFF 110804 | 0.00 | 411325.25 |
| 01 | 12 | 05 | SUPPORT ACCRUAL | 5418.00 | 416743.25 |
| 01 | 01 | 06 | SUPPORT ACCRUAL | 5418.00 | 422161.25 |
| 01 | 02 | 06 | SUPPORT ACCRUAL | 5418.00 | 427579.25 |
| 21 | 03 | 06 | ADMIN CLOSUR-SR ARR | -65016.00 | 362563.25 |
| 21 | 03 | 06 | ADMIN CLOSUR-SR ARR | -32508.00 | 330055.25 |

698/13478-98/0389000/101221

## SCHEDULE A

Date: 12/04/2017 16:31:55
Case: 0589J000

Payor: RAYMOND N ERVIN
Recipient: SARINA ERVIN

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 02/02/1998 | 0890730950/2808 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 3,413.00 |
| 02/03/1998 | 0890758841/6598 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 6,826.00 |
| 09/03/1998 | 0729/0231/28698 | | SOA FBA/50236,1109-0189 | 7,559.00 | 0.00 | 14,385.00 |
| 03/04/1999 | 0940779309/1698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 17,776.00 |
| 03/04/1999 | 0120783398/8698 | | PAYOR RECEIPT | 0.00 | -10,900.00 | 6,876.00 |
| 02/05/1999 | 0967/8062/15698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 10,291.00 |
| 02/08/1999 | 0890812267/7898 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 13,704.00 |
| 02/07/1999 | 09008382/28698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 17,117.00 |
| 02/08/1999 | 08508592950/0938 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 20,530.00 |
| 02/09/1999 | 0890862/23691898 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 23,943.00 |
| 02/10/1999 | 09009033438698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 27,356.00 |
| 20/10/1999 | ED080124/50698 | | OTHER LOCK BOX | 0.00 | -2,900.00 | 24,456.00 |
| 22/10/1999 | ED080140505698 | | FOAEA DIVERSION RECEIPT | 0.00 | -178.25 | 24,277.75 |
| 02/11/1999 | 0980923635/7898 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 27,690.75 |
| 02/12/1999 | 08900452196698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 31,103.75 |
| 02/01/2000 | 0990064105/2898 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 34,516.75 |
| 24/01/2000 | ED109784667/5698 | | FOAEA DIVERSION RECEIPT | 0.00 | -178.25 | 34,338.50 |
| 02/02/2000 | 0990680808/8698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 37,751.50 |
| 16/02/2000 | ED08696159/4698 | | OTHER LOCK BOX | 0.00 | -4,100.00 | 33,651.50 |
| 02/03/2000 | 100/W11467/1698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 37,064.50 |
| 02/04/2000 | 100/19330/751/6398 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 40,477.50 |
| 02/05/2000 | 100105857/27/698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 43,890.50 |
| 06/05/2000 | ED010820231/698 | | FOAEA DIVERSION RECEIPT | 0.00 | -178.25 | 43,712.25 |
| 02/06/2000 | 100102406466698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 47,125.25 |
| 02/07/2000 | 100104057/5698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 50,538.25 |
| 02/08/2000 | 1001129504/7698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 53,951.25 |
| 01/09/2000 | 1001513003/8698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 59,369.25 |
| 04/10/2000 | 100171741858/698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 64,787.25 |
| 25/10/2000 | CO090700-CHG SPT | | CO 050700-CHG SPT | 0.00 | 0.00 | 64,787.25 |
| 27/10/2000 | CY001934988698 | | COR ADJ D/O 250000 | 32,000.00 | -16,040.00 | 80,827.25 |
| 01/11/2000 | 100119977987/698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 86,245.25 |
| 01/12/2000 | 100122528840698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 91,663.25 |
| 01/01/2001 | 100128802035698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 97,081.25 |
| 01/02/2001 | 101127396537/698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 102,499.25 |
| 01/03/2001 | 101128857774698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 107,917.25 |
| 01/04/2001 | 101132452007/698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 113,335.25 |
| 01/05/2001 | 101134858276698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 118,753.25 |
| 04/06/2001 | 101137850807/698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 124,171.25 |
| 01/07/2001 | 10114918893/698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 129,589.25 |
| 01/08/2001 | 30114277574/698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 135,007.25 |
| 01/09/2001 | 10114544585/698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 140,425.25 |

Page 1 of 3

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

## SCHEDULE A

Date: 12/04/2017 15:31:55
Case: 0589000

Payor:     RAYMOND N ERVIN
Recipient: SARINA ERVIN

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 09/10/2001 | 1011476231698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 145,843.25 |
| 09/12/2001 | 1011509710460698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 151,261.25 |
| 11/12/2001 | 1011633583770698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 156,679.25 |
| 01/02/2002 | 1011583772369698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 162,097.25 |
| 01/02/2002 | 1021587366696698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 167,515.25 |
| 01/03/2002 | 1021619457069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 172,933.25 |
| 01/05/2002 | 1021635857470698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 178,351.25 |
| 01/06/2002 | 1021665335069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 183,769.25 |
| 01/07/2002 | 1021719918669698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 189,187.25 |
| 01/08/2002 | 1021748551069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 194,605.25 |
| 01/09/2002 | 1021775069069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 200,023.25 |
| 01/10/2002 | 1021803172369698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 205,441.25 |
| 01/11/2002 | 1021832211169698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 210,859.25 |
| 01/12/2002 | 1021861184469698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 216,277.25 |
| 01/02/2003 | 1021889753069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 221,695.25 |
| 01/02/2003 | 1031921200269698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 227,113.25 |
| 01/03/2003 | 1031949570069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 232,531.25 |
| 01/04/2003 | 1031976757698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 237,949.25 |
| 01/05/2003 | 1032006418969698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 243,367.25 |
| 01/08/2003 | 1032041192069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 248,785.25 |
| 01/07/2003 | 1032072835669698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 254,203.25 |
| 01/08/2003 | 1032104870469698 | | SUPPORT ACCRUAL | 5,418.01 | 0.00 | 259,621.25 |
| 01/09/2003 | 1092133025069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.08 | 265,039.25 |
| 01/10/2003 | 1032163223236698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 270,457.25 |
| 01/11/2003 | 1032186410026698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 275,875.25 |
| 01/12/2003 | 1032228105070698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 281,293.25 |
| 01/01/2004 | 1032260352769698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 286,711.25 |
| 01/02/2004 | 1042283280106698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 292,129.25 |
| 01/04/2004 | 1042381418369698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 297,547.25 |
| 01/04/2004 | 1042384419369698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 302,965.25 |
| 01/05/2004 | 1042394635469698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 308,383.25 |
| 01/08/2004 | 1042427472869698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 313,801.25 |
| 01/07/2004 | 1042461966569698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 319,219.25 |
| 01/08/2004 | 1042476204669698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 324,637.25 |
| 01/08/2004 | 1042531470269698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 330,055.25 |
| 01/10/2004 | 1042565475069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 335,473.25 |
| 01/11/2004 | 1042600057069698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 340,891.25 |
| 01/12/2004 | 1042666852569698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 346,309.25 |
| 01/01/2005 | 1042669373355 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 351,727.25 |
| 01/02/2005 | 1052703090698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 357,145.25 |
| | | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 362,563.25 |

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be offered by information and/or court orders that programs subsequently received, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allowed in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

Date: 12/04/2017 15:31:55
Case: 0589000

## SCHEDULE A

Payor: RAYMOND N ERVIN
Recipient: SARINA ERVIN

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 01/03/2005 | 1052780081280B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 367,881.25 |
| 01/04/2005 | 1052774101396B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 373,399.25 |
| 01/05/2005 | 1052810445359B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 378,817.25 |
| 01/06/2005 | 1052848195689B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 384,235.25 |
| 01/07/2005 | 1052888388408B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 389,653.25 |
| 01/08/2005 | 1052917199808B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 395,071.25 |
| 01/09/2005 | 1052965927098B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 400,489.25 |
| 01/11/2005 | 1052968484020B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 405,907.25 |
| 01/12/2005 | 1853024406848B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 411,325.25 |
| 01/01/2006 | 1053090580098B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 416,743.25 |
| 01/02/2006 | 1053005646898B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 422,161.25 |
| 21/03/2006 | 0785190717088B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 427,579.25 |
| 21/03/2006 | 0785190717088B | | ADMIN CLOSUR-SR ARR | 0.00 | -65,016.00 | 362,563.25 |
| 21/03/2006 | 0785190717168B | | ADMIN CLOSUR-SR ARR | 0.00 | -32,508.00 | 330,055.25 |

Current credit balance due to adjustment = $0.00

Page 3 of 3

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

## SCHEDULE A

Date: 12/04/2017 15:31:55
Case: 0589000

Payer: RAYMOND N ERVIN
Recipient: SARINA ERVIN

| GL Date | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 02/02/1999 | 0990073945026998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 3,413.00 |
| 02/03/1999 | 0990375834108998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 6,826.00 |
| 09/03/1999 | 0720765123129898 | | SOA FBA 090289,1199-0199 | 7,539.00 | 0.00 | 14,365.00 |
| 02/04/1999 | 0990778360108998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 17,778.00 |
| 13/04/1999 | 0120763399800098 | | PAYOR RECEIPT | 0.00 | -10,900.00 | 8,878.00 |
| 02/05/1999 | 0990769821360998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 10,291.00 |
| 02/06/1999 | 0990818223876998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 13,704.00 |
| 02/07/1999 | 0990830623360998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 17,117.00 |
| 02/08/1999 | 0990859625400998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 20,530.00 |
| 02/09/1999 | 0990496234810998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 23,943.00 |
| 02/10/1999 | 0990090324360998 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 27,356.00 |
| 10/10/1999 | ED00012402469898 | | OTHER LOCK BOX | 0.00 | -2,900.00 | 24,456.00 |
| 22/10/1999 | ED09014055605998 | | FOAEA DIVERSION RECEIPT | 0.00 | -178.25 | 24,277.75 |
| 02/11/1999 | 0990623450307698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 27,690.75 |
| 02/12/1999 | 0900045219896898 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 31,103.75 |
| 02/01/2000 | 0900094189235698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 34,516.75 |
| 24/01/2000 | ED09078407545698 | | FOAEA DIVERSION RECEIPT | 0.00 | -178.25 | 34,338.50 |
| 02/02/2000 | 1000988008699698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 37,751.50 |
| 18/02/2000 | ED06981556698 | | OTHER LOCK BOX | 0.00 | -4,100.00 | 33,651.50 |
| 02/03/2000 | 1001014471698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 37,064.50 |
| 02/04/2000 | 1001030075698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 40,477.50 |
| 02/05/2000 | 1001058722769698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 43,890.50 |
| 09/05/2000 | EDI01050023169698 | | FOAEA DIVERSION RECEIPT | 0.00 | -178.25 | 43,712.25 |
| 02/06/2000 | 1001082489469698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 47,125.25 |
| 02/07/2000 | 1001104057596698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 50,538.25 |
| 02/08/2000 | 1001129864769698 | | SUPPORT ACCRUAL | 3,413.00 | 0.00 | 53,951.25 |
| 01/04/2000 | 1001151360369698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 59,369.25 |
| 01/10/2000 | 1001174195569698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 64,787.25 |
| 26/10/2000 | 0761181830069698 | | CO 050700-CHG SPT | 0.00 | -16,040.00 | 48,747.25 |
| 27/10/2000 | 0761134468699698 | | COR ADM DD 251000 | 32,080.00 | 0.00 | 80,827.25 |
| 01/11/2000 | 1001199790769698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 86,245.25 |
| 01/12/2000 | 1001225280469698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 91,663.25 |
| 01/01/2001 | 1001246020309698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 97,061.25 |
| 01/02/2001 | 1001272786537698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 102,469.25 |
| 01/03/2001 | 1012965774698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 107,917.25 |
| 01/04/2001 | 1011324507769698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 113,335.25 |
| 01/05/2001 | 1011349582276998 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 118,753.25 |
| 01/06/2001 | 1011375056576698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 124,171.25 |
| 01/07/2001 | 1011403186836698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 129,569.25 |
| 01/08/2001 | 1011427757469698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 135,007.25 |
| 01/09/2001 | 1011454565596698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 140,425.25 |

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support/Arrears Enforcement Act, 1996.

Page 1 of 3

## SCHEDULE A

**Date:** 12/04/2017 16:31:55
**Case:** 0589000

**Payor:** RAYMOND N ERVIN
**Recipient:** SARINA ERVIN

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|---|---|---|---|---|---|---|
| 01/10/2001 | 10114798231698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 145,843.25 |
| 01/11/2001 | 10115097194998 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 151,261.25 |
| 01/12/2001 | 10115035037898 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 156,679.25 |
| 09/01/2002 | 10115697729698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 162,097.25 |
| 01/22/2002 | 10215973665998 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 167,515.25 |
| 01/03/2002 | 10216134674898 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 172,933.25 |
| 01/04/2002 | 10218389744898 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 178,351.25 |
| 01/05/2002 | 10219835500498 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 183,769.25 |
| 01/08/2002 | 10210928308698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 189,187.25 |
| 01/07/2002 | 10217498196698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 194,605.25 |
| 01/08/2002 | 10217485516698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 200,023.25 |
| 01/09/2002 | 10217759600698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 205,441.25 |
| 01/10/2002 | 10218031725698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 210,859.25 |
| 01/11/2002 | 10216322111698 | | SUPPORT ACCRUAL | 8,488.00 | 0.00 | 216,277.25 |
| 01/22/2002 | 10218611864698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 221,695.25 |
| 01/01/2003 | 10218697830698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 227,113.25 |
| 01/02/2003 | 10319212862698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 232,531.25 |
| 01/03/2003 | 10319485704698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 237,949.25 |
| 01/04/2003 | 10319795751698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 243,367.25 |
| 01/05/2003 | 10320095416698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 248,785.25 |
| 01/06/2003 | 10320441826698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 254,203.25 |
| 01/07/2003 | 10320702855698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 259,621.25 |
| 01/08/2003 | 10321046784698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 265,039.25 |
| 01/09/2003 | 10321330262698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 270,457.25 |
| 01/10/2003 | 10321653232698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 275,875.25 |
| 01/11/2003 | 10321081102968 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 281,293.25 |
| 01/25/2003 | 10322291057698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 286,711.25 |
| 01/01/2004 | 10322693527698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 292,129.25 |
| 01/02/2004 | 10422832801698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 297,547.25 |
| 01/03/2004 | 10423249514898 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 302,965.25 |
| 01/04/2004 | 10423601416698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 308,383.25 |
| 01/05/2004 | 10423945396698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 313,801.25 |
| 01/06/2004 | 10424274726698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 319,219.25 |
| 01/07/2004 | 10424621886698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 324,637.25 |
| 01/08/2004 | 10424972204698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 330,055.25 |
| 01/09/2004 | 10425314702698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 335,473.25 |
| 01/11/2004 | 10425854759698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 340,891.25 |
| 01/12/2004 | 10426000057698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 346,309.25 |
| 01/01/2005 | 10426693703698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 351,727.25 |
| 01/02/2005 | 10527033096698 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 357,145.25 |
| | | | | | | 362,563.25 |

Page 2 of 3

The attached financial amount reflects the Director's records as they existed on the date viewed, printed or shown (as applicable). The records case be altered by information and/or court orders like program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

## SCHEDULE A

Date: 12/04/2017 15:31:55
Case: 0589000

Payor: RAYMOND N ERVIN
Recipient: SARINA ERVIN

| GLDate | Transaction Number | Support Due Date | Description | Debit Amount | Credit Amount | Case Balance |
|--------|-------------------|------------------|-------------|--------------|---------------|--------------|
| 01/03/2005 | 1052736312690 | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 367,981.25 |
| 01/04/2005 | 1052774101368B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 373,399.25 |
| 01/05/2005 | 1052810446369B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 374,817.25 |
| 01/06/2005 | 1052846189569B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 384,235.25 |
| 01/07/2005 | 1052882368469B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 389,653.25 |
| 01/08/2005 | 1052917190369B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 395,071.25 |
| 01/09/2005 | 1052953027069B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 400,489.25 |
| 01/10/2005 | 1052988484069B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 405,907.25 |
| 01/11/2005 | 1053024088569B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 411,325.25 |
| 01/12/2005 | 1053060560069B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 416,743.25 |
| 01/01/2006 | 1053095846869B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 422,161.25 |
| 01/02/2006 | 1063132483369B | | SUPPORT ACCRUAL | 5,418.00 | 0.00 | 427,579.25 |
| 21/03/2006 | 0763190717069B | | ADMIN CLOSUR-SR ARR | 0.00 | -65,016.00 | 362,563.25 |
| 21/03/2006 | 0763190717169B | | ADMIN CLOSUR-SR ARR | 0.00 | -32,508.00 | 330,055.25 |

Current credit balance due to adjustment = $0.00

The attached financial account reflects the Director's records as they existed on the date viewed, printed or sworn (as applicable). The records can be altered by information and/or court orders the program subsequently receives, which may apply retroactively so as to change prior support amounts owed, but does not identify or provide any detailed breakdown of such past adjustments made. Monies are allocated in accordance with the Family Responsibility and Support Arrears Enforcement Act, 1996.

Page 3 of 3

05/19/2017 19:04  847-565-3413                    PAGE  18/25
Case: 1:20-cv-06008 Document #: 1-41 Filed: 10/08/20 Page 15 of 21 PageID #:397
05/18/2017  09:34  847-360-1097       RAYMOND A. BOLDT       PAGE  17/18
                                      CHILD SUPPORT SA

Page 1 of 1



# OANDA

## Currency Converter
CAD/USD for the 24-hour period ending Sunday, May 14, 2017 22:00 UTC @ +/- 0%

Currency I Have:                    Currency I Want:

## 330,055.25 CAD                   ## 240,579 USD

### CAD/USD Details
CAD/USD for the 24-hour period ending Sunday, May 14, 2017 22:00 UTC @ +/- 0%

Selling 330,055 CAD  →  you get 240,579 USD
Buying 330,055 CAD   →  you pay 240,628 USD

### Rate Details
CAD/USD for the 24-hour period ending
Sunday, May 14, 2017 22:00 UTC

|       | Bid (Sell 1 CAD) | Ask (Buy 1 CAD) |
|-------|------------------|-----------------|
| MIN   | 0.72891          | 0.72966         |
| AVG   | 0.72891          | 0.72966         |
| MAX   | 0.72990          | 0.73036         |



Recent Trends
CAD/USD average daily bid price
Last 90 Days

Take trusted OANDA Rates™ with you on your travels

| CAD/USD Interbank Rate +/- 0% May 15, 2017 |      |      |       |       |       |        |
|------|------|------|-------|-------|-------|--------|
| CAD  | USD  | CAD  | USD   | CAD   |       | USD    |
| 1    | 0.73 | 15   | 10.93 | 45    | →     | 32.80  |
| 2    | 1.46 | 20   | 14.58 | 50    | →     | 36.45  |
| 3    | 2.19 | 25   | 18.22 | 100   | →     | 72.89  |
| 4    | 2.92 | 30   | 21.87 | 250   | →     | 182.23 |
| 5    | 3.64 | 35   | 25.51 | 500   | →     | 364.45 |
| 10   | 7.29 | 40   | 29.16 | 1,000 | →     | 728.91 |

| USD/CAD Interbank Rate +/- 0% May 15, 2017 |      |      |       |       |       |          |
|------|------|------|-------|-------|-------|----------|
| USD  | CAD  | USD  | CAD   | USD   |       | CAD      |
| 1    | 1.37 | 15   | 20.56 | 45    | →     | 61.67    |
| 2    | 2.74 | 20   | 27.41 | 50    | →     | 68.53    |
| 3    | 4.11 | 25   | 34.26 | 100   | →     | 137.05   |
| 4    | 5.48 | 30   | 41.12 | 250   | →     | 342.63   |
| 5    | 6.85 | 35   | 47.97 | 500   | →     | 685.25   |
| 10   | 13.71| 40   | 54.82 | 1,000 | →     | 1,370.50 |

https://www.oanda.com/currency/converter/



EXHIBIT
Number B

5/15/2017

05/19/2017 Case: 1:20-cv-06000 Document #: 1-41 Filed: 10/08/20 Page 16 of 21 PageID #:398

PAGE 19/25

05/18/2017 09:34    847-350-1097

RAYMOND A BOLDT
CHILD SUPPORT SA

PAGE 18/18

Page 1 of 1



# OANDA

## Currency Converter

CAD/USD for the 24-hour period ending Sunday, May 14, 2017 22:00 UTC @ +/- 0%

Currency I Have:

## 97,524 CAD

Currency I Want:

## 71,085.8 USD

### CAD/USD Details

CAD/USD for the 24-hour period ending Sunday, May 14, 2017 22:00 UTC @ +/- 0%

Selling 97,524.0 CAD    ▲   you get 71,085.6 USD
Buying 97,524.0 CAD     →   you pay 71,159.4 USD

### Rate Details

CAD/USD for the 24-hour period ending
Sunday, May 14, 2017 22:00 UTC

|        | **Bid** Sell 1 CAD | **Ask** Buy 1 CAD |
|--------|--------------------|-------------------|
| MIN    | 0.72891            | 0.72966           |
| AVG    | 0.72891            | 0.72966           |
| MAX    | 0.72990            | 0.73036           |



**Recent Trends**
CAD/USD average daily ask prices
Last 90 days

Take trusted OANDA Rates™ with you on your travels

| CAD/USD |  |  |  |  |  | USD/CAD |  |  |  |  |  |
|---------|--|--|--|--|--|---------|--|--|--|--|--|
| Interbank Rate +/- 0% May 15, 2017 | | | | | | Interbank Rate +/- 0% May 15, 2017 | | | | | |
| CAD | USD | CAD | USD | CAD | USD | USD | CAD | USD | CAD | USD | CAD |
| 1 | › 0.73 | 15 | › 10.93 | 45 | › 32.80 | 1 | › 1.37 | 15 | › 20.56 | 45 | › 61.67 |
| 2 | › 1.46 | 20 | › 14.58 | 50 | › 36.45 | 2 | › 2.74 | 20 | › 27.41 | 50 | › 68.53 |
| 3 | › 2.19 | 25 | › 18.22 | 100 | › 72.89 | 3 | › 4.11 | 25 | › 34.26 | 100 | › 137.05 |
| 4 | › 2.92 | 30 | › 21.87 | 250 | › 182.23 | 4 | › 5.48 | 30 | › 41.12 | 250 | › 342.63 |
| 5 | › 3.64 | 35 | › 25.51 | 500 | › 364.45 | 5 | › 6.85 | 35 | › 47.97 | 500 | › 685.25 |
| 10 | › 7.29 | 40 | › 29.16 | 1,000 | › 728.91 | 10 | › 13.71 | 40 | › 54.82 | 1,000 | › 1,370.50 |

OFFICE OF THE
# STATE'S ATTORNEY
LAKE COUNTY, ILLINOIS
## MICHAEL G. NERHEIM
STATE'S ATTORNEY

---

**Lake County Building**
**18 N. County Street**
**Waukegan, Illinois 60085-4363**
**(847) 337-3000 Main Number**
**Main/Felony Fax (847) 360-1538**
**Misdemeanor/Traffic Fax (847) 625-7129**

## TELECOMMUNICATIONS MEMORANDUM

DATE: 5/18/2017     NUMBER OF PAGES (INCL. COVER): 2

TO: Raymond Boldt

FIRM: Attorney at Law

FAX NO: 847-566-3413

FROM: Vick Steller

PHONE NUMBER: 847-377-3131     FAX NUMBER: 847-360-1097

RE: Ervin v. Ervin — 01 D 1943

---

If any difficulty is experienced with this transmission, please call __Vicie__
at (847) 377-3131.

THE INFORMATION CONTAINED ON THIS TRANSMISSION IS CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF THE READER OF THIS IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND ARE REQUESTED TO IMMEDIATELY CONTACT THE SENDER FOR INSTRUCTIONS CONCERNING THE RETURN OF THIS TRANSMISSION.

| Felony Review Division | Civil Division | Child Support Enforcement | Children's Advocacy Center | Juvenile Trial Division |
|---|---|---|---|---|
| 18 N. County Street | 18 N. County Street | 18 N. County Street | 123 N. O'Plaine Road | Robert W. Depke |
| Waukegan, IL 60085 | Waukegan, IL 60085 | Waukegan, IL 60085 | Gurnee, IL 60031 | Juvenile Justice Complex |
| (847) 377-3025 | (847) 377-3050 | (847) 377-3131 | (847) 377-3155 | 24647 N. Milwaukee Ave. |
| (847) 263-9179 (fax) | (847) 360-0661 (fax) | (847) 360-1097 (fax) | (847) 360-6850 (fax) | Vernon Hills, IL 60061 |
| (847) 360-0661 (fax) | | | | (847) 377-7850 |
| | | | | (847) 634-8831 (fax) |

**Raymond A. Boldt**
Attorney At Law
209 E. Park Street
Mundelein, IL 60060

Invoice submitted to:

Raymond Ervin
3315 Springside Lane
Buffalo Grove, IL 60089

Invoice Date: May 17, 2017                                     Invoice #  54085

In Reference To: Post Decree / Child Support

Professional Services

|  |  | Amount |
|---|---|---|
| 4/3/2017 - | Review of Response - 54 pages and local rules. | 200.00 |
| - | Review of case law cited by opposing counsel and statute. | 100.00 |
| - | Research re: child support, life insurance policies, exemptions, statute. | 100.00 |
| - | Telephone contact with opposing counsel Jonathan Steele re: time, date, hearing, Monarch attorney, Agreed Order, availability. | 50.00 |
| - | Telephone contact with atty Oliver, Monarch, new date, Motion, hearing date, Response, contact. | 50.00 |
| 4/4/2017 - | Waiting for case to be called by Judge | 100.00 |
| - | Presentation of case to Judge, explain agreement and preparation and entry of Court Order. | 62.50 |
| - | Preparation of Notice of Entry of Court Order and letter to 2 insurance companies. | 50.00 |
| - | Letter to Atty Steele, opposing counsel, with Notice of Entry of Court Order and letter to Atty Oliver with Notice of Entry. | 50.00 |
| - | Letter to client with letters, Notice of Entry of Court Order, discuss same. | 50.00 |
| 4/5/2017 - | Review of documents from client re: IV-D, contact with S. Shapiro, Irene Halkiaus-Curran, additional documents, review case and preparation of Reply. | 200.00 |

Raymond Ervin                                                                    Page 2

                                                                              Amount

| | | |
|---|---|---|
| 4/5/2017 - | Review of letter / notes from client re: position, prior contact, notes from telephone calls of Shapiro. | 100.00 |
| 4/6/2017 - | Review of notes, documents from client and preparation of Reply to Response. | 150.00 |
| - | Preparation of Affidavit | 50.00 |
| - | Preparation of Notice of Filing, letter to Judge, letter to opposing counsel and letter to Atty Oliver. | 50.00 |
| - | Letter to client with documents, letters, court date. | 50.00 |
| 4/7/2017 - | Phone message to S. Shapiro and telephone contact with client re: State of Illinois, S. Shapiro, file, open, jurisdiction, statute, case, opposing counsel / opposing party. | 100.00 |
| 4/8/2017 - | Letter to S. Shapiro re: HFS, involvement, exclusive, collection, completing. | 50.00 |
| - | Review of Motion to Modify Turnover Order. | 50.00 |
| - | Preparation of Notice of Filing and Response to Motion to Modify. | 50.00 |
| - | Letter to R. Oliver and letter to Atty J. Steele and letter to Judge with documents. | 50.00 |
| - | Letter to client with letters and documents. | 50.00 |
| 4/11/2017 - | Telephone contact with Sharon Shapiro re: title, IV-D, HFS, Irene Halkiaus-Curran, accounting. | 100.00 |
| - | Review of CFR re: 45 CFR-300-310 re: Sharon Shapiro, Title IV-D, requirement, payment, State Disbursement Unit, program requirements, accounting need, courts power. | 50.00 |
| - | Review of file, preparation of Supplemental Affidavit. | 50.00 |
| - | Review of notes, preparation of Affidavit | 50.00 |
| - | Letter to S. Shapiro and letter to client. | 50.00 |
| 4/12/2017 - | Telephone contact with client re: telephone contact with S. Shapiro, contents, information, CFR, Argument, agreement. | 100.00 |
| - | Review of documents and preparation of notes. | 50.00 |
| - | Waiting for case to be called by Judge | 50.00 |
| - | In Court, hearing on Motion, Response, Reply, Affidavit matter, Ruling by Judge. | 375.00 |

Raymond Ervin                                                                 Page 3

                                                                              Amount

| Date | Description | Amount |
|---|---|---|
| 4/12/2017 - | In Court, hearing and Argument on Monarch Motion, Ruling by Judge. | 62.50 |
| - | Preparation of review of 2 Court Orders, entry . | 50.00 |
| - | Telephone contact with client after court re: Ruling, research. | 50.00 |
| - | Review of file, notes from hearing, Ruling of Judge, notes of Argument, preparation of Notice of Filing, Notice of Motion, Motion and Finding. | 50.00 |
| - | Letter to opposing counsel and Attorney Oliver | 50.00 |
| - | Letter to client re: documents, letters, document, Court Order, contents. | 50.00 |
| 4/17/2017 - | Telephone contact with client re: case, contact, S. Shapiro / Atty Halkiaus-Curran, insurance policies, court date, opposing counsel, contact. | 50.00 |
| 4/18/2017 - | Telephone contact with client and review of documents from client re: insurance policy. | 50.00 |
| - | Letter to S. Shapiro with Court Order, hearing date, document and letter to Halkiaus-Curran. | 50.00 |
| - | Letter to client with blind copy of letter to S. Shapiro, Halkiaus-Curran, discuss same. | 50.00 |
| - | At law library researching cases under 735 ILCS 5/2 - 1402. | 50.00 |
| - | Waiting for case to be called by Judge | 50.00 |
| - | Presentation of case to Judge, Ruling, preparation, review. | 62.50 |
| - | Discussion after court with Atty Oliver re: case law and entry of Court Orders. | 50.00 |
| 4/19/2017 - | Review of case law provided by client. | 50.00 |
| - | Telephone contact with client re: case law arguments, Variable Life Policy, Universal Life, problems. | 50.00 |
| - | Review of file for notes, Argument, preparation for hearing. | 50.00 |
| - | Research under 73 5 ILCS 5-2-1402 case law, contents, obtain copy. | 150.00 |
| - | Waiting for case to be called by Judge, opposing counsel's to appeal. | 50.00 |
| - | Presentation of case to Judge, Argument, Ruling by Judge, preparation of Court Order's, review entry. | 62.50 |
| 4/20/2017 - | Letter to Atty Shapiro, Atty Halkiaus-Curran, Assistant States' Attorney L. Stalter. | 50.00 |

Raymond Ervin                                                                    Page 4

                                                                            Amount

4/20/2017 -   Letter to client with blind copy of letters, to attorneys, statute. letter to Atty      50.00
              Oliver.

4/26/2017 -   Review of emails from client and letter to client.                                      50.00

              For professional services rendered                                              $3,925.00

              Previous balance                                                                  $725.00

              Balance due                                                                     $4,650.00

                                                                           — 2500.00

                                                                           $ 2150.00

THIS INVOICE REFLECTS BILLING THROUGH 4/30/2017.

PAYMENTS MADE AFTER  4/30/2017  WILL BE REFLECTED ON  NEXT INVOICE.

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 3,925.00 | 725.00 | 0.00 | 0.00 | 0.00 |