IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Sarina Ervin

vs.

Raymond Ervin

Case No. 04 D 1943

FILED APR 19 2017
Erin Cartwright Weinstein
CIRCUIT CLERK

## ORDER

This matter coming to be heard on Monarch Ins Co's motion to Modify Turn Over Order dated March 15, 2017, counsel being present and the Court advised in the premises, it is hereby ordered that the Motion To Modify is granted over Respondent's objection, the Court finds that the Policy is subject to turn over, and the Turn Over Order is modified to order Monarch 1) to process the termination of Monarch Variable Life Insurance Policy LM 009076 according to Monarch's normal administrative procedures, 2) to determine the net cash surrender value of the Policy as of the date of termination according to those same administrative procedures, & 3) to take any + all further steps necessary to terminate the Policy + 4) to pay the net cash surrender value to counsel for Sarina Ervin within 7 days of termination of the Policy, all by ENTER: ed under standing order of Court on May 15, 2017.

_____
JUDGE

Dated this 19 day of April, 2017.

Prepared by:
Attorney's Name: RosiAnn Oliver
Address: 131 S. Dearborn
City: Chicago  State: IL
Phone: 312-376-8400  Zip Code: 60603
Fax: _____
ARDC: _____ 702560

171-94 (Rev. 10/11)