IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

SARINA ERVIN )
_____ )
Plaintiff )
vs. ) Case No: 04 D 1945
RAYMOND ERVIN )
_____ )
Defendant )

## ORDER FOR RULE TO SHOW CAUSE
### (OTHER THAN FOR CHILD SUPPORT)

THIS CAUSE COMING ON FOR hearing on the Petition of __SARINA ERVIN__, proper cause having been shown, the Court being fully advised in the premises; and having jurisdiction of the parties and subject matter:

*Alias*

### RULE TO SHOW CAUSE

IT IS ORDERED THAT __RAYMOND ERVIN__, Respondent, shall personally appear on __JANUARY 4__, 20__18__ at __9:00__ ☒ A.M ☐ P.M. in Courtroom C-__307__, Lake County Courthouse, 18 N. County Street, Waukegan Illinois to show cause, if any, why he/she should not be held in Contempt of Court and punished accordingly for:

☒ his/her failure to appear before this Court on __NOVEMBER 16__, 20__17__ to answer and respond to a Citation to Discover Assets previously served on him/her as provided by law.

☒ for his/her failure to obey the order of Court entered __August 11__, 20__17__ requiring __RAYMOND ERVIN to appear in court on September 8, 2017 and the order entered on October 12, 2017 requiring Raymond to appear in court on October 24, 2017 and the order entered on October 24, 2017 requiring Raymond to appear in court on November 17, 2017__.

IT IS FURTHER ORDERED that the Respondent shall bring all books, papers, or records set forth in the Citation to Discover Assets to Court.

☒ IT IS FURTHER ORDERED that the Respondent shall be personally served a copy of this order.

**NOTICE TO RESPONDENT**
YOUR FAILURE TO APPEAR AT THIS HEARING MAY RESULT IN YOUR ARREST

Dated this __16th__ day of __November__, 20__17__

Enter:
**Daniel L. Jasica**
_____
JUDGE

Prepared by:
Name: __Jonathan D. Steele__ SRL ☐
Address: __161 N. Clark #2600__
City: __Chicago__ State: __IL__
Phone: __312-624-7718__ Zip Code: __60601__
ARDC #: __6304111__
Fax: __312-624-0901__
E-mail address: __jsteele@beermannlaw.com__

FILED
NOV 16 2017
Erin Cartwright Weinstein
CIRCUIT CLERK

171-228a Rev 11/15

FILED
1/9/2018 11:12 AM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| SARINA ERVIN, | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   Case No. 04 D 1943 |
| | ) |
| RAYMOND ERVIN, | ) |
|     Respondent. | ) |

## NOTICE OF FILING

To:   Mr. Raymond Ervin
331 Springside Lane
Buffalo Grove, IL 60089

**PLEASE TAKE NOTICE** that we have filed with the Clerk of the Court, Lake County, Illinois on or about the **9th day of January, 2018** the following document, a copy of which is herewith served upon you:

- *Affidavit of Service*

_____
BEERMANN PRITIKIN
MIRABELLI SWERDLOVE LLP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the above notice and any attached pleadings were ☐ personally delivered, ☐ transmitted by facsimile to the fax numbers listed above; ☐ transmitted by e-mail to the e-mail addresses listed above and/or ☒ placed in the U.S. Mail properly addressed, with first class postage prepaid on January 9, 2018.

_____
Rosa E. Gutierrez

BEERMANN PRITIKIN MIRABELLI SWERDLOVE LLP, Attorneys for Petitioner
161 North Clark St., Ste. 2600, Chicago, Illinois 60601: (312) 621-9700; jsteele@beermannlaw.com
Attorney No.: 6320477

FILED
1/9/2018 11:12 AM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

# AFFIDAVIT OF SERVICE

**Caption:** Sarina Ervin vs Raymond Ervin  **Case#** 04D1943

I, M. Serritella, am an agent of The Tactical Solutions Group, Inc, which operates under authority of State of Illinois Private Detective license number 117-001188, and state:

**That I made service of a:**
___ Summons & Complaint
___ Subpoena
___ Notice of Hearing/Motion
___ Rule to show cause
___ Citation to Discover Assets
___ Forcible Entry and Detainer
_X_ Other: Order for Rule to Show Cause

**Date and Time of Service:**
December 6, 20 17   8:00   a.m./**p.m.**

**Location/Address of Service:**
331 Springside Ln
Buffalo Grove, IL  60089

**That I personally served the above on:**
Raymond Ervin via Gwendolyn Barlow-Ervin

**Approximate Physical Description:**
Ht _5'7_   Wt _230_
Race: _Black_   Age: _60_
Male: ___   Female: _X_

Private Detectives & Consultants

(312) 501-4500

www.tacticalsolutions.info

980 N. Michigan Ave
One Magnificent Mile
Suite 1400
Chicago, IL 60611

Detective Agency License
117-001188

**That I made the following type of service:**

___ Personal service on the defendant, witness or named party.

_X_ Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

___ Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent of the corporation.

___ Despite diligent investigation, person not found.

**Notes:** _____

I declare under penalty of perjury that the foregoing is true and correct.

_____
M. Serritella