

# Social Security Administration

Date: May 06, 2019
BNC: ▮▮▮▮▮
REF: A

RAYMOND N ERVIN
331 SPRINGSIDE LANE
BUFFALO GROVE IL 60089-1650

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning December 2018, the full monthly Social Security benefit before any deductions is $1,796.10.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,796.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**
From May 2018 to November 2018, the full monthly Social Security benefit before any deductions was $1,747.30.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,747.00.

(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**
You are entitled to monthly retirement benefits.



**Date of Birth Information**
The date of birth shown on our records is ▮▮▮▮▮▮▮▮

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-572-2818. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

>    SOCIAL SECURITY
>    705 NORTH WHEELING RD
>    MOUNT PROSPECT, IL 60056

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*



**Please Note**

Note: If your benefit has changed in recent months, your Payment Details may not show the most current amounts. You can view your current amounts by using the link below to "Get a Benefit Verification Letter."

## Benefit Details

▲ Social Security (Retirement)

| | |
|---|---|
| Status: | **Active** |
| Monthly Benefit Amount: | $1,796.00 (before any deductions) |
| Payment Schedule: | 3rd of the month |
| Next Payment Date: | June 3, 2019 |

**Get a Benefit Verification Letter**
Need proof that you receive Social Security benefits? Here's your official letter.

## Payment Details

Payment History    Overpayments

Your **monthly payment amount can change** depending on the types of benefits you receive, as well as any adjustments in your premiums or deductions.

| Date | Payment Type | Amount |
|---|---|---|
| 05/03/2019 | ❯ Social Security (Retirement) | $718.40 |
| 04/03/2019 | Social Security (Retirement) | $718.40 |
| 03/01/2019 | Social Security (Retirement) | $718.40 |

## Navigation

Overview

**Benefit & Payment Details**

Earnings Record

Replacement Documents

My Profile

▲ Get Help

| Date | Payment Type | Amount |
|---|---|---|
| 02/01/2019 | Social Security (Retirement) | $718.40 |
| 01/03/2019 | Social Security (Retirement) | $718.40 |
| 12/03/2018 | Social Security (Retirement) | $698.80 |
| 11/02/2018 | Social Security (Retirement) | $698.80 |
| 10/03/2018 | Social Security (Retirement) | $1,747.00 |
| 08/31/2018 | Social Security (Retirement) | $1,747.00 |
| 08/23/2018 | One-Time Payment | $5,241.00 |

Learn about replacing your Tax Form SSA-1099/SSA-1042S

## Payment Method: Direct Deposit

Your monthly payments will be deposited to your account automatically.

Update Direct Deposit

BNC#: ███████

## Your 2019 Social Security Cost of Living Adjustment

Beneficiary's Name: **RAYMOND N ERVIN**

Your Social Security benefits will increase by **2.8%** in 2019 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is      $1,796.00
- The amount we deduct for Medicare Medical Insurance is      $0.00
  (If you did not have Medicare as of November 16, 2018, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is      $0.00
  (We will notify you if the amount changes in 2019. If you did not elect withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is      $0.00
  (If you did not elect voluntary tax withholding as of November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive      $718.40
  on or about **January 3, 2019**.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit www.ssa.gov/non-medical/appeal to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at www.godirect.org online.

### What If I Have Questions?

- Visit our website at www.socialsecurity.gov
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**)
- Contact your nearest Social Security office

                 705 NORTH WHEELING RD
                 MOUNT PROSPECT IL 60056

### Other Help For Seniors

Call the Eldercare Locator service of the U.S. Administration on Aging at **1-800-677-1116** or visit www.eldercare.acl.gov to learn about a wide variety of services that may be helpful to you.

See Next Page

## What If I Work In 2019?

If you are at full retirement age (now age 66) or older for all of 2019, you may keep all of your benefits no matter how much you earn.

If you are younger than full retirement age at any time in 2019, there is a limit to how much you can earn before we reduce your benefits. Continuing to work could result in withholding some of your benefits. However, we would adjust your benefit amount once you reach full retirement age to account for the months of withheld benefits. Also, we use your 35 highest years of earnings to calculate your benefits. If you continue to work and these earnings are higher than one of the years we used to compute your benefit, your benefit amount may increase. Tell us right away if you expect to earn more than the limit, so we can pay you correctly.

- The 2019 earnings limit for people under age 66 all year is $17,640. We deduct $1 from your benefits in 2019 for each $2 you earn over $17,640.
- The 2019 earnings limit for people turning age 66 is $46,920. We deduct $1 from your benefits in 2019 for each $3 you earn over $46,920 until the month you turn age 66.

## What If I Worked In 2018?

If you were under full retirement age in 2018 and worked, we paid your benefits based on your estimate of how much you would make. We will adjust your benefits as necessary when your employer reports your earnings on your W-2 form. If the earnings on your 2018 W-2 form(s) include money you earned in another year, please contact us before April 15, 2019, to let us know.

- The 2018 earnings limit for people under age 66 all year was $17,040.
- The 2018 earnings limit for people who turned age 66 in 2018 was $45,360.

## To Access *my* Social Security Online Services

Use your *my* Social Security online account to check your benefits and make sure your contact information is up to date. If you have Medicare, it is important that you keep your address up to date with Social Security. You can change your address or telephone number, start or change direct deposit of your benefits, get a replacement Medicare card, and get a benefit verification letter online.

## Rules For Certain Family Members

- Tell us if you marry or remarry if you get benefits as a widow, widower, parent, or child.
- Tell us if a child who gets benefits no longer lives with you.
- Tell us if a stepchild gets benefits from your work, and you and the stepchild's parent divorce.
- Tell us if you divorce or your spouse dies if you get benefits as a spouse.

## Life Changes May Affect Eligibility For Federal Benefits

It's not unusual for people's circumstances to change after they apply for or start receiving benefits. These changes may increase your Federal benefits. For example, if your spouse or ex-spouse dies, you may qualify for a higher Social Security benefit. Visit www.ssa.gov/potentialentitlement to find out more. You also can use the Benefit Eligibility Screening Tool at www.ssabest.benefits.gov/ to find out about benefits from Social Security.

## Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101**).

Form **SSA-4926-SM** (1-2019)

## Help Prevent Identity Theft
Be aware of scams through the mail, Internet, telephone, or in person. You should be careful when someone asks for personal information, especially your Social Security number. Please visit www.usa.gov/identity-theft to find out more.

## Medicare Information
- To learn about Medicare eligibility or to apply, visit www.ssa.gov/medicare/mediinfo.html or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- If you do not sign up for Medicare Part B (medical insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have Part B.
- For questions about Medicare coverage and billing, visit www.Medicare.gov or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).
- The Extra Help program may help pay the costs of a Medicare Prescription Drug Plan for people with limited income and resources. Costs include premiums, deductibles, and co-payments. You can apply online at www.ssa.gov/medicare/prescriptionhelp or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- The Medicare Savings Programs may help pay for Medicare premiums and other out-of-pocket costs for people with limited income and resources. You can start the application process when you apply for Extra Help or you can contact your State or local medical assistance (Medicaid) office.

## Need Health Insurance Or Know Someone Who Does?
Visit www.HealthCare.gov or call **1-800-318-2596** (TTY **1-855-889-4325**) to learn more.

*Social Security Administration*



Form **SSA-4926-SM** (1-2019)