**Ministry of Community and Social Services** — Ontario

**Assignment**

Instructions: Original signatures are required on all copies.

This Assignment is made between:

_Sabina Erwin_ (Name)
(called throughout the "Recipient")

And

The Queen in Right of Ontario as represented by the Minister of Community and Social Services
(called throughout the "Minister")

File No: 13478-98

1. In this Assignment "support order" means a provision in an order for the payment of money as support or maintenance and includes, but is not limited to: (a) periodic payments; (b) lump sum payments; (c) arrears; (d) interest on arrears.

2. For consideration received, the Recipient assigns to the Minister, the support order made in favour of the Recipient and/or the child(ren)

   on _02.11.98_ (date - d, m, y) in _Ont Court Gen. Div._ (name of court) at _161 _____ St._ (address of court)

   against _Raymond Erwin_ (name of respondent) (the "Payor"), Court File No. _13478/98_.

3. This Assignment of the support order includes the right of the Minister to have the support order, and related support deduction order, if any, enforced by the Director of the Family Support Plan (FSP) under the Family Support Plan Act (FSPA).

4. This Assignment applies to any variations of the support order, by court order or written agreement, made before or after the date of this Assignment.

5. This Assignment begins on _01.11.98_ (date) and ends the date the Recipient is no longer eligible to receive assistance under the General Welfare Assistance Act (GWAA) or a benefit under the Family Benefits Act (FBA).

6. The Recipient agrees that only the Minister may end this Assignment at any time.

7. The Recipient agrees that when this Assignment ends, any money owing under the order and any interest on the arrears accumulating during the period the Recipient received benefits under the FBA or assistance under the GWAA remain the property of the Minister, notwithstanding the provisions of paragraph 5.

8. The Recipient agrees that the Director under the FSPA pay the Minister any arrears and interest on the arrears referred to in paragraph 7, in the manner provided by the FSP Act.

9. The Recipient promises and agrees:
   (a) the support order is in full force and effect;
   (b) the Assignment cannot be ended by the Recipient, except under paragraph 5;
   (c) to not enter into any agreement with the Payor which would reduce or cancel any money owing to the Minister under this Assignment, without the consent of the Minister;
   (d) to provide the Minister with any relevant information requested with respect to the support order or the Payor;
   (e) to cooperate with the Minister by taking any legal steps to enforce the support order, including, but not limited to, filing the support order or any other document with the Director under the FSP;
   (f) to not withdraw the support order from the Director under the FSP until the Minister consents to the withdrawal;
   (g) to immediately tell the Minister (through the recipient's field worker or Parental Support Worker) when the recipient receives a variation application, a request to suspend a support deduction order, a notice of the termination of a support obligation, or any other legal document or correspondence concerning the support order;
   (h) to pay the Minister for any loss of money caused by the Recipient breaching this Assignment or any term of it.

10. The Recipient directs that the Director of the FSP pay any money owing to the Minister in The Treasurer of Ontario, to the credit of the Minister.

Signed, Sealed and Delivered in the presence of:

| Date (d, m, y) | Witness | Recipient |
|---|---|---|
| 3.2.99 | [signature] | [signature] |
| 3.2.99 | [signature] | Authorized Representative (of the Minister) |

To the Payor:
You now owe the support under the Support Order to the Minister.
You must make, or continue to make, all payments to the Director of the FSP.
The order cannot be varied or ended without the Minister's consent.
Any such agreement or order would be null and void as against the Minister.

Distribution: White — Director of the FSP; Canary — Corporate File; Pink — Payor; Blue — Recipient; Yellow — Parental Support Worker; Green — Affidavit of Service

EXHIBIT "B"