STATE OF ILLINOIS )
 )
COUNTY OF L A K E )

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| SARINA ERVIN<br>    Petitioner | )<br>)<br>) |
| vs. | )    No. 00 D 2067 |
| RAYMOND ERVIN<br>    Respondent | )<br>)<br>) |

**FILED JUL 30 2004**
CIRCUIT CLERK

## ORDER GRANTING MOTION TO DISMISS

This matter coming on for hearing on the Respondent's Motion to Dismiss for lack of Subject Matter Jurisdiction and/or to Vacate the Order entered December 5, 2004 and January 2004, counsel for the respective parties present in open court and having presented their arguments, the court having reviewed the Motion, Response and Reply, and being fully advised in the premises;

FINDS:
1. The Uniform Interstate Family Support Act (UIFSA) is the proper vehicle to enforce a foreign judgment concerning a child support order.

2. That the Uniform Enforcement of Foreign Judgments Act (UEFJA) is not the proper Act under which to register a judgment of a foreign country. *In re Marriage of Paraskevas Agathos*, 94 Ill.App.3d 168, 170 (1st Dist. 1990).

3. Section 618 does exclude "a judgment for support in matrimonial or family matters." However, section 618 is part of the Uniform Foreign Money-Judgments Recognition Act (UFMJRA) and the UFMJRA also bars the Petitioner from registering the Canadian order under the Act.

IT IS THEREFORE ORDERED:

Respondent's Motion to Dismiss for lack of Subject Matter Jurisdiction and/or Vacate is granted.

ENTER:
_____
Diane E. Winter
Judge

Dated at Waukegan, Illinois,
this 30th day of July, 2004.

Nancy C. Murphy via e-mail at NCMurphy@att.net
Marjorie Sher via e-mail at marjoriesherlaw@sbcglobal.net

"G"

C000269

| | |
|---|---|
| STATE OF ILLINOIS )<br>) SS<br>COUNTY OF LAKE ) | IN THE CIRCUIT COURT OF THE<br>NINETEENTH JUDICIAL CIRCUIT<br>LAKE COUNTY, ILLINOIS |

SARINA ERVIN )
    Petitioner )
        Vs ) Gen. No. 00D2067
RAYMOND ERVIN ) IV-D No. C01166815
    Respondent )

## ORDER

This matter coming before the Court on FEBRUARY 8, 2001 for ENROLL JUDGMENT, the Petitioner () present, (X) not present, represented by IRENE H. CURRAN, Assistant State's Attorney, the Respondent (X) present () not present, () appearing pro se ( ) represented by counsel:

## IT IS HEREBY ORDERED:

- STATE NOT IN POSSESSION OF CERTIFIED ORDER IN ORDER TO ASK COURT TO ENROLL JUDGMENT.
- THIS CASE IS DISMISSED WITHOUT PREJUDICE.

ENTER:

JUDGE _____

Dated at Waukegan, Illinois this: FEBRUARY 8, 2001

Order prepared by:      **IRENE H. CURRAN**
    Assistant State's Attorney
    33 N. County Street, Suite 205
    Waukegan, IL 60085

FILED
FEB 8 2001
CLERK

CC00463