# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SARINA ERVIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case Number: 20-cv-6006 |
| v. ) | |
| ) | Removed from the Circuit Court of |
| RAYMOND ERVIN, ) | Lake County, Illinois, |
| ) | Case No. 2004 D 1943 |
| Respondent. ) | |

## **PETITIONER'S MOTION TO REMAND**

For the reasons set forth in her Memorandum in Support of its Motion to Remand, Petitioner, Sarina Ervin hereby moves this Court for an order remanding this case to the Circuit Court of Lake County, Illinois, and requiring Respondent, Raymond Ervin and his attorney, Gwendolyn Barlow, to pay Petitioner's costs and any actual expenses, including attorneys' fees, incurred as a result of this removal.

Dated: October 9, 2020                    Respectfully submitted,

                                                                           **SARINA ERVIN**

                                                                           By: /s/ *Matthew D. Elster*
                                                                                One of Her Attorneys

Matthew D. Elster
**BEERMANN LLP**
161 North Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2020, a copy of the foregoing *Motion to Remand* was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

    /s/ *Matthew D. Elster*