IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| SARINA ERVIN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 04 D 1943 |
| RAYMOND ERVIN, | ) ) ) | |
| Defendant. | ) | |

FILED SEP 1 4 2020

Erin Cartwright Weinstein
CIRCUIT CLERK

## ORDER

This matter coming on to be heard upon return of the citations to discover assets served upon Gwendolyn Barlow and the Social Security Administration, counsel for Sarina appearing on her behalf and Gwendolyn Barlow appearing on her own behalf as a third party citation respondent as well as attorney of record for Raymond Ervin, and the Court being fully advised;

**IT IS HEREBY ORDERED**:

1. This matter is continued to October 9, 2020 at 2:00 p.m. for hearing on Sarina's citation to discover assets served upon the Social Security Administration. Sarina shall provide a courtesy copy of her memorandum of law filed on October 9, 2019 to this Court by September 18, 2020.

2. The date of October 9, 2020 shall also be used as a status regarding Gwendolyn Barlow's compliance with the rider to the citation to discover assets served upon her as well as all prior orders regarding her document production including, without limitation, the orders entered on February 6, 2019 and April 2, 2019.

3. The citation examination of Gwendolyn Barlow shall take place via Zoom on October 22, 2020 at 2:00 p.m. with a certified court reporter to be provided by Sarina's counsel. Sarina's counsel shall provide the Zoom ID and password to Ms. Barlow no less than 48 hours prior to the scheduled citation examination.

ENTERED:

_____
Judge             No.

BEERMANN LLP
Attorneys for Petitioner Sarina Ervin
161 North Clark St., Ste. 3000
Chicago, Illinois 60601
(312) 621-9700
jsteele@beermannlaw.com
Atty. No 6308171