### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SARINA ERVIN, | ) |
|         Petitioner, | ) ) ) Case Number: 20-cv-0606 |
| v. | ) ) Removed from the Circuit Court of |
| RAYMOND ERVIN, | ) Lake County, Illinois, ) Case No. 2004 D 1943 |
|         Respondent. | ) |

TO:    Gwendolyn Barlow
          barlowervin727@gmail.com

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, October 14, 2020**, at **9:30** a.m., I will appear before the Honorable **Jorge L. Alonso**, or any judge sitting in that judge's place, and present the motion of **Petitioner, Sarina Ervin to Remand**, a copy of which was previously served upon you.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

SARINA ERVIN
By: /s/ *Matthew D. Elster*

**BEERMANN LLP**
161 North Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com

### CERTIFICATE OF SERVICE

I, Matthew D. Elster, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 9, 2020, before 5:00 p.m.

/s/ *Matthew D. Elster*