Gwendolyn Barlow
IL ARDC # 6274519
P.O. Box 5829
Buffalo Grove, IL 60089
Attorney for Raymond Ervin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sarina Ervin, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:20-cv-06006 |
| | ) | Mag. Judge Jorge L. Alonso |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Raymond Ervin, | ) | |
| Respondent. | ) | |

**RESPONDENT RAYMOND ERVIN'S OTHER FILING – PETITIONER EMAIL REQUEST IN VIOLATION OF 28 U.S. CODE § 1446(d)**

Respondent Raymond Ervin ("Raymond") hereby notifies the Court that on October 21 and October 22, 2020 Petitioner's counsel sent via email a request to conduct a citation hearing in violation of 28 U.S. Code § 1446(d), whereby upon notice of removal to State Court, completed on October 8, 2020, notifies that the State court shall proceed no further unless and until the case is remanded. Copies of emails from Petitioner's counsel and Notice of Filing of Notice of Removal to State Court are attached herein.

WHEREFORE, Respondent Raymond Ervin prays that this action be noted by the court.

Dated: October 22, 2020

By: s/Raymond N. Ervin

1

s/ Gwendolyn M. Barlow

Gwendolyn M. Barlow
P.O. Box 5829
Buffalo Grove, IL 60089
(847) 204-0416 Phone (847) 465-1910 Facsimile
barlowervin727@gmail.com
ARDC # 6274519
Attorney for Raymond Ervin, Respondent

# CERTIFICATE OF SERVICE

This is to certify that the foregoing RESPONDENT RAYMOND ERVIN'S OTHER FILING – PETITIONER EMAIL REQUEST IN VIOLATION OF 28 U.S. CODE § 1446(d), with attachment, was e-filed through ECF and electronically served on October 22, 2020 to:

> Matthew Elster
> 161 North Clark Street, Suite 3000
> Chicago, IL  60601
> mdelster@beermannlaw.com
>
> *Attorney for Petitioner*



## RE: IRMO: Ervin [IWOV-IMAN_ACTIVE.FID19397]

1 message

---

**Jonathan Steele** <JSteele@beermannlaw.com>  Thu, Oct 22, 2020 at 12:41 PM
To: Rosa Gutierrez <RGutierrez@beermannlaw.com>, barlowervin727@gmail.com <barlowervin727@gmail.com>
Cc: Jonathan Steele <JSteele@beermannlaw.com>

Ms. Barlow,

Please advise if you intend to appear for the citation exam. Thank you.

**Jonathan D. Steele** | Divorce and Family Law Partner

161 N Clark St., Suite 3000 | Chicago, IL 60601

Tel: 312.621.9700 | Fax: 312.621.0909



2275 Half Day Rd., Suite 350 | Bannockburn, IL 60015

Tel: 847.681.9600 | Fax: 847.681.0909

jsteele@beermannlaw.com | www.beermannlaw.com

---

**From:** Rosa Gutierrez <RGutierrez@beermannlaw.com>
**Sent:** Wednesday, October 21, 2020 11:47 AM
**To:** barlowervin727@gmail.com
**Cc:** Jonathan Steele <JSteele@beermannlaw.com>
**Subject:** IRMO: Ervin

Good Morning Ms. Barlow,

BEERMANN LLP is inviting you to a scheduled Zoom meeting.

Topic: Ervin - Citation Examination
Time: Oct 22, 2020 02:00 PM Central Time (US and Canada)

Join Zoom Meeting
https://beermannlaw.zoom.us/j/98822174855

Meeting ID: 988 2217 4855
Passcode: 097043
One tap mobile
+13126266799,,98822174855#,,,,,,0#,,097043# US (Chicago)
+16465588656,,98822174855#,,,,,,0#,,097043# US (New York)

Dial by your location
    +1 312 626 6799 US (Chicago)
    +1 646 558 8656 US (New York)
    +1 301 715 8592 US (Germantown)
    +1 346 248 7799 US (Houston)
    +1 669 900 9128 US (San Jose)
    +1 253 215 8782 US (Tacoma)
Meeting ID: 988 2217 4855
Passcode: 097043
Find your local number: https://beermannlaw.zoom.us/u/abIDDTn3D5

**Rosa Gutierrez** | Legal Assistant

161 N Clark St., Suite 3000 | Chicago, IL 60601

Tel: 312.784.3366 | Fax: 312.621.0909



2275 Half Day Rd., Suite 350 | Bannockburn, IL 60015

Tel: 847.681.9600 | Fax: 847.681.0909

rgutierrez@beermannlaw.com | www.beermannlaw.com

**CONFIDENTIAL E-MAIL**
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.

**CONFIDENTIAL E-MAIL**
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.

 Gmail  Gwen Ervin <barlowervin727@gmail.com>

### RE: IRMO: Ervin [IWOV-IMAN_ACTIVE.FID19397]

**Gwen Ervin** <barlowervin727@gmail.com>  Thu, Oct 22, 2020 at 1:27 PM
To: Jonathan Steele <JSteele@beermannlaw.com>

[Quoted text hidden]

📎 **Notice of Filing of Notice of Removal.pdf**
29K

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| SARINA ERVIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 04 D 1943 |
| | ) | NOTICE OF FILING NOTICE OF |
| RAYMOND ERVIN, | ) | REMOVAL IN THE UNITED STATES |
| | ) | DISTRICT COURT FOR THE |
| Respondent. | ) | NORTHERN DISTRICT OF ILLINOIS |

## RESPONDENT'S NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on October 8, 2020, Respondent Raymond Ervin filed a Notice of Removal, pursuant to 28 U.S.C § 1441(b), 1332 and 1446, removing the above captioned action from the Circuit Court of the Nineteenth Judicial Circuit Lake County Illinois to the United States District Court for the Northern District of Illinois Eastern Division. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, upon filing of the Notice of Removal with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, and filing copies with the Clerk of the Circuit Court of the Nineteenth Judicial Circuit Lake County Illinois, the Respondent has effected removal and the Circuit Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C § 1446 (d).

Dated: October 8, 2020

By: s/Raymond N. Ervin

s/ Gwendolyn M. Barlow

Gwendolyn M. Barlow
P.O. Box 5829
Buffalo Grove, IL 60089
(847) 204-0416 Phone (847) 465-1910 Facsimile
barlowervin727@gmail.com
ARDC # 6274519
Attorney for Raymond Ervin, Respondent