

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**        312-435-5670
**Clerk**

Date 12/3/2020

Circuit Court of Lake County, Illinois

Re: Ervin v. Ervin

USDC Case Number: 1:20-cv-06006

Other Court Case Number: 04D1943

Dear Clerk:

A certified copy of an order entered on 11/17/2020, by the Honorable Jorge L. Alonso remanding the above-entitled case back to the Circuit Court of Lake County, Illinois, is herewith transmitted to you for your files.

                       Sincerely,

                       Thomas G. Bruton, Clerk

                       By: /s/ L. Arcos
                                Deputy Clerk

Enclosure(s)
cc: Counsel of record

Rev. 10/05/2016