Gwendolyn Barlow
IL ARDC # 6274519
P.O. Box 5829
Buffalo Grove, IL 60089
Attorney for Raymond Ervin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sarina Ervin, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:20-cv-06006 |
| | ) | Judge Jorge L. Alonso |
| | ) | Mag. Judge Beth W. Jantz |
| vs. | ) | |
| | ) | |
| | ) | |
| Raymond Ervin, | ) | |
| | ) | |
| Respondent. | ) | |

**RESPONDENT MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AWARDING ATTORNEYS COSTS AND FEES**

Respondent Raymond Ervin ("Raymond") hereby requests an extension of time to file his Notice of Appeal for Awarding Attorneys Costs and Fees for good cause or excusable neglect pursuant to Fed. R. App. P. 4(a)(5) and states as follows:

1. Raymond had been represented by Counsel, Gwendolyn M. Barlow, in the aforementioned case through Petitioner's Motion for Costs and Fees.

2. The District Court granted Petitioner's Motion and the order was entered on the district court's civil docket November 30, 2020.

3. Counsel Barlow, due to health reasons, is no longer able to represent Raymond and must withdraw. Consequently, Raymond needs time to obtain new counsel regarding the appeal of awarded Attorneys costs and fees.

For the foregoing reasons, Respondent Raymond Ervin respectfully requests that the Court grant his Motion For Extension Of Time To File Notice Of Appeal Awarding Attorneys Costs And Fees.

Dated: December 28, 2020

By: s/Raymond N. Ervin

 s/ Gwendolyn M. Barlow

Gwendolyn M. Barlow
P.O. Box 5829
Buffalo Grove, IL 60089
(847) 204-0416 Phone (847) 465-1910 Facsimile
 barlowervin727@gmail.com
ARDC # 6274519
Attorney for Raymond Ervin, Respondent

## CERTIFICATE OF SERVICE

This is to certify that the foregoing RESPONDENT MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AWARDING ATTORNEYS COSTS AND FEES, with exhibits, was e-filed through ECF and electronically served on December 28, 2020 to:

> Matthew Elster
> 161 North Clark Street, Suite 3000
> Chicago, IL 60601
> mdelster@beermannlaw.com
>
> *Attorney for Petitioner*