

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sarina Ervin, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:20-cv-06006 |
| | ) | |
| | ) | **NOTICE OF APPEAL** |
| v. | ) | |
| | ) | |
| | ) | |
| Raymond Ervin, | ) | |
| | ) | |
| Respondent. | ) | |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Respondent Raymond Ervin in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order awarding Petitioner's motion for attorney's fees and expenses pursuant to 42 U.S.C. § 1988, entered in this action on the 30th day of November, 2020.

Dated: 30 December 2020

By: s/Raymond N. Ervin

Raymond N. Ervin
331 Springside Lane
Buffalo Grove, IL 60089-1650
Phone: (847) 404-4375 Facsimile: (847) 465-1910
ervinpatentlaw@gmail.com

### CERTIFICATE OF SERVICE

This is to certify that the foregoing NOTICE OF APPEAL, was e-mailed through Temporary_E-Filing@ilnd.uscourts.gov and served by email on 30 December 2020 to:

> Matthew Elster
> 161 North Clark Street, Suite 3000
> Chicago, IL 60601
> mdelster@beermannlaw.com

By: s/Raymond N. Ervin